IN THE UNITED STATES DISTRICT COURT IN DISTRICT FOR BOSTON, MASSACHUSETTS

04 SEP 29 A 11:56
U.S. DISTRICT COURT
DISTRICT OF MASS

OLADAYO OLADOKUN, PETITIONER
# 21480-037

CIVIL NO:

VS

04-40198

DAVID L WINN, WARDEN
CUSTODIAN
FEDERAL MEDICAL CENTER

PETITIONER'S MOTION UNDER 28 U.S.C § 2241 TO BE EXPEDITED

Comes Now, The pro-se petitioner, OLADAYO OLADOKUN whom respectfully moves, This Honorable Court for Relief as a Prisoner of Bureau of Prison;

1) The following are the Petition concern under "PRISON CONDITION" in segregation.

2) The place of Detention: FEDERAL MEDICAL CENTER DEVEN ISOLATION SEGREGATION.

3) PETITIONER HAS TRIED UNSUCCESSFULLY THROUGH THE ADMINISTRATIVE IN HOUSE REMEDY, HAS BEEN INTERFERE WITH, OR NOT ANSWERED AT ALL PETITIONER HAS EXHAUSTED HIS REMEDY IN THIS CASE.

GOUND'S ONE: PETITIONER BEEN TREATED WITH CRUEL AND UNUSUAL PUNISHMENT AS A VICTIM OF INMATE'S GANG ASSUALT BY SIS COLON, SIA BROWN.

SUPPORTING FACTS: ON May 30. 2004, WHILE IN HOUSING UNIT GB IN THE COMMON AREA. INMATE EDDO AND AN UNKOWN HISPANIC INMATE WERE ARGUING WHILE TRYING TO DEFUSE THE SITUATION, PETITIONER WAS ATTACKED BY OVER NINE TO TEN INMATE'S FROM BEHIND HIT IN THE HEAD WITH PILLOW CASE FULL OF ROCKS AND STONE'S BEATEN SALVAGELY WITH BROOM, KICK, STONED, BEATEN WITH LOCKS IN THE SOCKS, WHICH THE IMPACT LEAD TO ME BEING UNCONCISULS FOR SEVERAL MINUTE, AND COULDN'T FEEL MY BODY FOR SEVERAL MINUTE. THIS ATTACK CONTINUED TILL INMATE EDDO TRIED TO STOP THIS GANG OF INMATE'S FROM KILLING ME WITH THE FULL BAG OF STONES WHILE I WAS STILL OUT COLD. AFTER SEVERAL MINUTES OF THIS SALVAGE BEATEN. I WAS AWOKEN FROM THE IMPACT OF THE BEATEN. THEN I RAN FROM THIS INMATES. THIS ASSAULT TOOK PLACE DUE TO THE NEGLIGENCE OF THIS INSTITUTION FOR FAILURE TO SECURE THE HOUSING UNIT. WHICH LEAD TO BROKEN ARM TO INMATE EDDO, PLUS CUT WITH KNIFE OR RAZOR BY

THIS INMATE'S. THE SIS COLON, AND SIA BROWN WHOM PLACE PETITIONER IN ISOLATION FOR THE ASSUALT FAIL TO TRANSFER THE PETITIONER SINCE MAY 30, 2004. WHICH CONITUE TO LEAVE PETITIONER IN PRESENCE OF NEGLIGENCE. THE PETITIONER WAS PLACED IN THE SAME RECREATION CAGE ON JUNE 2, 2004, AND JUNE 3, 2004 WITH THE SAME SUSPECT'S WHOM ALMOST TOOK MY LIFE THREE DAY'S AGO. THEN ON SEPT 9, 2004 AND SEPT 10, 2004, PETITIONER WAS AGAIN PLACED IN THE SAME VISITING ROOM FLOOR WITH THE SAME SUSPECT'S INMATE'S WHOM TRIED TO TAKE MY LIFE MAY 30, 2004. WHICH MAKE IT THE FIFTH TIME MY LIFE HAS BEEN PLACED IN DANGER. ACCORDING TO THE BUREAU OF PRISON POLICY WHICH IS LAW 28 C.F.R 541.23. WHICH CLEARLY STATES IF AN INMATE IS A VICTIM OF INMATE'S ASSAULT, THE VICTIM SHOULD NOT BE HOUSED IN ISOLATION TO EXCEED 90 DAYS. IN THIS INSTANT CASE. IT'S 120 DAYS.

GROUND TWO: VIOLATION OF DUE PROCESS TO ACCESS THE COURT BY OFFICERS TRYING AND DID DETER PETITIONER FROM FILING ADMINISTRATIVE REMEDY PROCESS.

SUPPORTING FACTS: ON AUG 30, 2004, WHILE IN RECREATION YARD FOR RECREATION OFFICER'S S. WHITTEN, S POWER AND OTHERS SHOOK DOWN MY CELL AND CONFISCATED LEGAL DOCUMENT'S. THIS OFFICERS WENT

THROUGH PETITIONER LEGAL DOCUMENT AND STOLE DOCUMENT PEPARE FOR FILING FOR DENYING THE LEGAL LAW LIBARAY, DENYING PERSONAL PROPERTY AND OTHER BASIC RIGHTS GROOM, 1 HOUR EXERCISE, ETC. THIS OFFICER THEN ABUSE THERE POSITION BY RETALIATED AGAINST THE PETITIONER BY PLACING PETITIONER IN SUICIDAL WATCH TO DETER PETITIONER RIGHT TO FILE. THE PSCHOLOGY DEPARTMENT WAS NOTIFIED MRS DRAGONE TO WHOM I EXPLAINED THAT I AM NOT SUICIDAL. MRS DRAGONE CLAIMS THIS OFFICER HEARD PETITIONER CLAIM IN THE RECREATION YARD, I WAS GOING TO CUT MYSELF. THEN PETITIONER WAS ESCORTED TO N-1 BUILDING STRIP DOWN PLACED IN A HOLDING CELL WITH NO CLOTHES ON TILL THE NEXT DAY. EVEN AFTER PETITIONER EXPLAINED TO HEAD PSCHOLOGY THAT PETITIONER WAS NOT SUICIDAL. PETITIONER WAS STILL PALACED IN THIS COLD CELL BY THIS OFFICERS. BEFORE BEEN PLACED IN THIS SUICIDAL WATCH I WAS ORDER TO REMOVE MY PERSONAL PROPERTY. THE NEXT DAY PETITIONER RECEIVE HIS PROPERTY IT WAS DESTROYED. THE PETITIONER WAS PLACED ON SUICIDAL WATCH FOR RETALIATION. PETITIONER IS MENTALLY SOUND, THERE WAS NEVER A TIME PETITIONER WAS SUICIDAL. THIS ARE THE TYPE OF HARRASMENT, HOSTILITY, BIAS AND PREJUDICE PETITIONER BEEN FACING SINCE LATE WEEK OF JULY TILL PRESENT. FOR EXAMPLE, OFFICER S. WHITTEN THE SAME OFFICER THAT STOLE THOSE DOCUMENT BACK IN JUNE 28, 2004, THIS OFFICER TAMPERED WITH MY RELIGIOUS MEAL BY CRUSHING THE FOOD ON THE TRAY. THEN CLAIMING

THAT'S HOW II CAME FROM THE KITCHEN. THEN OFFICERS POWERS, AND BARSIL HAS PLACED ME ON THE 300 RANGE RM 301 WITHOUT ANYBODY ON THIS RANGE ON NUMEROUS OCCASSION IN A CELL WITHOUT NO ONE IN THE ROOM LEFT ME WITH HANDCUFFS BEHIND MY BACK LEFT THERE OVER 1 HRS, 44 MINUTE, AND ON AUG 4, 2004 PETITIONER WAS LEFT THERE OVER TWO HOURS WITH HANDCUFF BEHIND MY BACK. THIS OFFICERS POWERS AND BARSIL CONTINUE WITH HARRASMENT ON AUG 18, 2004. THIS OFFICER ISSUE ME A INCIDENT REPORT DUE TO THE FACT I PRESS THE BUTTOM FOR WHICH I ASK TO SPEAK TO LT DARRAH AND PSYHCOLOGY DR BROOK. TO INFORM HIM THAT I AM BEEN HARRASED. WHICH I WAS LATER FOUND GUILTY BY D.H.O D. BRACEY WITHOUT CALLING WITNESS AVAILABLE TO REFUTE THIS OFFICER'S LIED IN ISSUING THIS INCIDENT REPORT WHICH WAS SPITEFULLY DONE TO CAUSE ME TO LOSS ACCESS TO BUY FOOD FOR 90 DAYS. THEN ON SEPT 13, 2004. THIS OFFICER'S S WHITTEN, BARSIL, POWER, AND MATHEWS TRIED TO PLACE INMATE VALENTIN IN MY CELL 219. I EXPRESS THAT IS NOT A SAFE THING TO PLACE THIS INMATE IN MY CELL. WHEN I TOLD THIS OFFICERS IS NOT GOING TO WORK. THIS CAME IN MY CELL WITHOUT ME BEEN HANDCUFF THREATENED ME WITH BODILY INJURY. IF I DON'T ACCEPT THIS INMATE. THEN I WAS VERBALLY ABUSE BY OFFICER POWER I QUITE "THAT'S WHY YOU GOTTEN ASSAULTED BY HISPANIC INMATES" "WHY THE PETITIONER RAN HE WAS A COWARD FOR RUNNING"

Then officer S. Whitten stating by saying "you fucking Idiot" "You asshole". At which time petitioner ask for segregation Lt Hufangle. To whom the petitioner explained what this officers just did by threaten the petitioner with bodily harm in petitioner. The Lt. hufangle state's "we are just going to say you slip out of the handcuff that why this officers came in my cell. When in fact It's against the bureau of prison policy for any officers to come in an inmate cell, due to the safety of the inmate and as well as officers safety. After several discussion in attempt to move out this inmate valentin or petitioner move. The Lieutanant continue to denie this move. This above officers placed my life in harm way for several day Sept 13, Sept 14, Sept 15, 2004, Due to the fact inmate valentin is mental unstable, made couple of sexual advance at me, plus this officer's know we don't get along with me. This officer's abuse there position, use abuse of discretion, and abuse there power. Where is know or should have knew that this could cause harm. Istead they officer's was Laughing at my discomfort which only to cause mental duress, stress and anixety by placing me in an uncomfortable postion. To the point petitioner Didn't sleep for Two days, Even on the Sept 14, 2004 when Inmate valentin was taken out of the Room. I wouldn't let him back in the Room.

The evening officers Davis and LT VAZQUEZ again abuse there discretion when I told them I cannot be housed in the room with the inmate. This officer's claim that LT. Musangle authorize them not to move me which lead this officers to again issue me an incident report the fact I tried to secure my safety. Not to mention this officer did this to be spiteful when petitioner HAS A CELL MATE ON THIS ABOVE DATE INMATE DAVID OAKES. This harrasment and abuse was to cause petitioner Additional hardship, where petitioner was penatlized by the D.H.O D. BRACEY because again no one is concerned about the petitioner safety. This harrasment lead to the D.H.O disallowing my seven day goodtime for trying to secure my safety. Then On Sept 15, 2004 Officer BARSK CAME TO MY CELL STATING TO ME By again VERBALLY ABUSING me by saying "You got what you want you little bitch "nigger". This is the same officer that came to my room to threaten me with bodily harm.

Ground Three: Treating Petitioner WITH RETALIATORY TACTICS, HARRASMENT, PREJUDICE, AND RACISIM

Support FACTS: IN MANY INSTANCE PETITIONER HAS COMPLAIN ABOUT OFFICER'S DIRECT AND INDIRECT

HARRASMENT, RETALIATION, PREJUDICE, BIAS AND RACISM NOTHING HAS BEEN DONE ABOUT, WHEN PETITIONER MAKES COMPLAINT ABOUT THIS ABUSE THE ADMINISTRATION ONLY ANSWER WE CHECK INTO IT. PETITIONER HAS MADE NUMEROUS OF COMPLAINT TO THE WARDEN ABOUT PETITIONER MAIL BEEN TAMPERED WITH, by filing Administrative Remedy on this issue which never get answer. DURING THE MONTH OF JUNE ALL my LEGAL MAIL which is ATTORNEY CLIENT Priveledges has been open, before I receive them, even some instance my out going mail has never reach it destination. Then when petitioner file Administrative Remedy to cure this violation, the matter in question continues or request answered with little or no time left to appeal the issue. So instantance the filing never get answered period.

Grounds Four: Denied bureau of prison basic Right under 28 C.F.R 541.22, Adequate Legal law library, personal property, groom, deine update Religious meal free from cruel and unusual punishment.

Support fact: Since FEB 1 2004 the Department of Justice handle down new menu to be followed by all bureaus of prisons. On Aug 3, 2004 I was forced off my Right to my Religious meal by officers

perteller and chaplin service claiming the petitioner tried to get regular food tray behind his back. Which in fact officer perteller wasn't even the one whom pass this food' stray out. Which in fact all food in isolation is passed by officers. On several occassion I have been denied law libaray by Officer S. Whitten, Power and Others. Even has requested that the Legal Material that are in the LIBARAY ARE out date, Type writter is NEED, THE PRISONER POCILY STATEMENT ARE OUTDATE ALSO OR ARE NOT IN THERE PERIOD. THEN PETITIONER'S Right UNDER BUREAU PRISON POLICY 28 C.F.R 541.22 which is LAW. THAT ACCORDING TO THIS POLICY YOU MUST HAVE YOUR RAIDIO, REASONABLE AMOUNT OF PERSONAL PROPERTY, INMATE IN ADMINISTRATIVE DETENTION MUST ALSO GETT THE SAME THINGS AS GENRERAL POPULATION. IN THIS INSTANT CASE I AFAIRD IS NOT SO. PETITIONER AS OF THIS WRITTEN ARE SERVED DAY OLD FOOD FROM FOOD SERVICE, WHICH SOMETIME TASTE SPOILED. THE DEINAEL OF Aduquete Reglious Meal HANDLE Down by the Department of JUSTICE FEB 2, 2004 NOT FOLLOW. DENIAL OF PERSONAL PROPERTY TO ACCESS TO PERSONAL PROPERTY TO RETRIEVE LEGAL DOCUMENT by the property OFFICER ABRIL.

In conclusion, Petitioner has shown some of the violations of due process, That warranted habeas corpus. The petitioner has tried unsuccessfull to Remedy the due process violation, but some violation cannot be Remedy at all. Even the Administration has failed to Remedy the situation, for example, petitioner has been in Isolation segregation for 120 days of has victim of any assault, dosn't come to any conclusion. The petitioner safety is placed in harm way and in danger by this Administration on several occassion. Officer has retaliated by written frivilous incident Report to deter petitioner seek recourse from the pschology dept on Aug 18, 2004. Then on Sept 14, 2004 by placing inmate Valentin in the cell with me whom made advance at me, knowing is not safe to place us together. For which I been punshed for. Therefore in the interest of justice. The petitioner prays That the honorable court issue an Immediate order that the petitioner be transfer, from this institution, due to the petitioner safety is not a concern in segregation Isolation, so that justice would be serve. The petitioner has made numerous attempt to be transfer To a more secure institution over past 6 months to no avail has

anything been done The petitioner fear his conitued been housed in this Institution is no longer safe. Due several instant and isolated incident his safety has been jeopardized. Not to mention that faithful day on May 30, 2004 for which petitioner still get recurrence of headache and mirgraingе suffered in the general population. It's safe to say the petitioner has been blessed that his not kill nor paralazed from this assault. The petitioner argue again that been housed 24 hrs a day for 120 days of investigation of assault has run a foul the main purpose of justice, which now run a foul of the Eighth Amendment Right. Due the Respondent has allowed his officers to run a mock to use suicidal watch has a form of punishment, steal legal document, tampered with Reglious meals, tamper with legal mail, threaten with bodily harm, place in an cell with unstable inmate. Therefore petitioner move this honorable court to grant an immediate transfer to transfered immediately from this harzard institution immediately. To have the Respondent comply with the Honorable court order, Refrain from Retaliation

Sept 26, 2004

Oladayo Oladokun

I declare that this foregoing statement is true and correct to the best of my knowlegde or information and belief to be true and subject to penalty of perjury 28 U.S.C. 1746.

Sept 26,

Oladayo Oladokun