UNITED STATE DISTRICT COURT
DISTRICT OF MASSCHUSETTS

OLADAYO OLADOKUN
PETITIONER

VS

DAVID L WINN
Respondent

FILED
IN CLERKS OFFICE

2004 OCT 25 P 3: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil No: 04-40198-RWZ

PETITION MOTION TO AMEND THE
EXPEDITED 28 U.S.C 2241

Comes, Now the honorable pro-se, petitioner "OLADAYO OLADOKUN" move this honorable court to grant him the Amendment according to Civil rules and procedure for the following Reason:

1. That this Institution Administration restore my good Time, which was dissallowed for refusing to accept inmate Valentin has my cell mate. The petitioner good Time of seven days was dissallowed. The reason that this good time must and should be restored. The petitioner was never were supposed to be housed with any inmate on this compound from the outset. Due to the Prison of bureau policy statement 28 C.F.R 541.23. That has petitioner is a victim of gang assault.

The petitioner should not have been house with an unstable mentally ill inmate, who has made several attempt engage in sexual advance at the petitioner.

In closing, in the interest of justice the petitioner motion should be granted. The petitioner pray that honorable court grant his motion.

Oct 21, 2004                    Respectfully submitted

                                [signature]