UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLADAYO OLADUKUN,<br><br>  Petitioner,<br><br>  v.<br><br>DAVID L. WINN,<br><br>  Respondent. | Civil Action No.  04-40198-RWZ |

**RESPONDENT'S MOTION TO EXTEND TIME
IN WHICH TO RESPOND TO PETITIONER'S PETITION**

The Respondent in the above captioned action hereby moves this Court for an extension of time up to and including December 3, 2004, to answer or otherwise respond to Petitioner's Petition for Writ of Habeas Corpus, currently due on or about November 9, 2004, pursuant to this Court's Order of October 15, 2004.[1]  As reasons for this Motion, Respondent asserts that such an extension will allow the recently assigned Assistant U.S. Attorney, undersigned counsel, the necessary time to obtain relevant facts, records and background information concerning Petitioner's circumstances from the Respondent at the Bureau of Prisons ("BOP") facility, Federal Medical Center Devens ("FMC Devens"), and to confer with the Respondent.  Respondent's staff at FMC Devens are diligently working to assemble the necessary records and expect to forward those records to undersigned counsel by November 12, 2004.  Further, Respondent just learned that Petitioner moved to amend his Petition on October 25, 2004, to include other allegations.  Respondent has never been served with Petitioner's amended petition and must now gather additional information on the new allegations.  Finally, undersigned counsel will be out of the office on another matter from November 17 – 23.

---

[1]  This Motion is not intended to be a responsive pleading.  By the filing of this Motion, Respondent is not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to him in the normal course of filing a responsive pleading.  Respondent intends to raise those defenses when it answers or otherwise responds to Petitioner's Petition.

N:\AGiedt\a-doj\a-cases\oladokun\oldkn-us-extn#1-11-5-04-f.wpd

WHEREFORE, Respondent respectfully request that this Court allow this Motion For An Extension Of Time up to and including December 3, 2004, to answer or otherwise respond to the Petitioner's Petition. This Motion is made in good faith and is not made to delay the action, or for any other improper purpose.

        Respectfully submitted,

        UNITED STATES OF AMERICA

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Anton P. Giedt   11/05/04
        Anton P. Giedt
        Assistant U.S. Attorney
        1 Courthouse Way
        Boston, MA 02210
        617-748-3309 (Voice)
        617-748-3971 (Fax)
        anton.giedt@usdoj.gov
        BBO No.: 563928

**LOCAL RULE 7.1 CERTIFICATE**

As the Petitioner is acting *Pro Se* and detained within the Federal Bureau of Prisons, undersigned counsel respectfully requests waiver of the conference requirements of L.R. 7.1. A copy of this Motion has been served on the *Pro Se* Petitioner.

        /s/ Anton P. Giedt   11/04/04
        Anton P. Giedt
        Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.        Boston, Massachusetts
        DATE: November 5, 2004

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Petitioner by First Class Mail by placing it in the mail room of the U.S. Attorney's Office, Distirct of Massachusetts.

        /s/ Anton P. Giedt
        Anton P. Giedt
        Assistant U.S. Attorney

**PRO SE PLAINTIFF:**
Oladayo Oladukun
# 21480-037
Inmate Mail
42 Patton Road
Box 879
FMC Devens
Ayer, MA 01432

**AGENCY COUNSEL**:
Ann Zgrodnik
FMC Devens
Box 880
Ayer, MA 01432
978-796-1043 (Voice)
978-796-1040 (Fax)
azggrdnik@bop.gov