UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OLADAYO OLADUKUN,

    Petitioner,

    v.

DAVID L. WINN,

    Respondent.

Civil Action No. 04-40198-RWZ

## RESPONDENT'S MOTION TO FILE MEMORANDUM IN EXCESS OF 20 PAGES

Respondent respectfully moves for leave of the Court to file a memorandum in excess of 20 pages to support his Motion to Dismiss Petitioner's Petition For Habeas Corpus Or In The Alternative For Summary Judgment. Good cause exists for this Motion. Petitioner's Petition involves several independent events that require thorough factual development. It is also necessary to explain the relationship of each of these events to the administrative remedy procedures of the Bureau of prisons. Respondents Memorandum is 32 pages in total (12 pages over 20 page limit). Therefore, Respondent respectfully requests that the Court grant this Motion.

N:\AGiedt\a-doj\a-cases\oladokun\oldkn-us-mtd-smj-lngth-12-3-04-f.wpd

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL J. SULLIVAN
United States Attorney

**OF COUNSEL**:
Ann H. Zgrodnik
Supervisory Attorney
Federal Bureau of Prisons
Consolidated Legal Center, Devens
P.O. Box 880
Ayer, MA 01432
978-796-1043 (Voice)
978-796-1040 (Fax)
azggrdnik@bop.gov

By:  /s/ Anton P. Giedt    12/03/04
Anton P. Giedt
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210
617-748-3309 (Voice)
617-748-3971 (Fax)
anton.giedt@usdoj.gov
BBO No.: 563928

---

**LOCAL RULE 7.1 CERTIFICATE**

As the Petitioner is acting *Pro Se* and detained within the Federal Bureau of Prisons, undersigned counsel respectfully requests waiver of the conference requirements of L.R. 7.1. A copy of this Motion has been served on the *Pro Se* Petitioner.

/s/ Anton P. Giedt   12/03/04
Anton P. Giedt
Assistant U.S. Attorney

---

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                            Boston, Massachusetts
                                                        DATE: December 3, 2004

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Petitioner by First Class Mail by placing it in the mail room of the U.S. Attorney's Office, Distirct of Massachusetts.

/s/ Anton P. Giedt
Anton P. Gledt
Assistant U.S. Attorney

**PRO SE PLAINTIFF:**
Oladayo Oladukun
# 21480-037
Inmate Mail
42 Patton Road
Box 879
FMC Devens
Ayer, MA 01432

**AGENCY COUNSEL:**
Ann Zgrodnik
FMC Devens
Box 880
Ayer, MA 01432
978-796-1043 (Voice)
978-796-1040(Fax)
azggrdnik@bop.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLADAYO OLADUKUN,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID L. WINN,<br><br>    Respondent. | 2004 DEC -3 P 5:44<br><br>Civil Action No. 04-40198-RWZ |

### RESPONDENT'S MOTION TO FILE EXHIBITS UNDER SEAL

Respondent respectfully moves for filing of the exhibits and other supporting documents for his Memorandum In Support of Respondent's Motion To Dismiss Petitioner's Petition For Habeas Corpus Or In The Alternative For Summary Judgment. Some of the documents relevant to this action contain privileged medial information that should not be docketed. Therefore, Respondent respectfully requests that the Court grant this Motion.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL J. SULLIVAN
United States Attorney

**OF COUNSEL:**
Ann H. Zgrodnik
Supervisory Attorney
Federal Bureau of Prisons
Consolidated Legal Center, Devens
P.O. Box 880
Ayer, MA 01432
978-796-1043 (Voice)
978-796-1040 (Fax)
azggrdnik@bop.gov

By: /s/ Anton P. Giedt   12/03/04
Anton P. Giedt
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210
617-748-3309 (Voice)
617-748-3971 (Fax)
anton.giedt@usdoj.gov
BBO No.: 563928

---

**LOCAL RULE 7.1 CERTIFICATE**

As the Petitioner is acting *Pro Se* and detained within the Federal Bureau of Prisons, undersigned counsel respectfully requests waiver of the conference requirements of L.R. 7.1. A copy of this Motion has been served on the *Pro Se* Petitioner.

/s/ Anton P. Giedt   12/03/04
Anton P. Giedt
Assistant U.S. Attorney

---

**CERTIFICATE OF SERVICE**

Suffolk, ss.                               Boston, Massachusetts
                                           DATE: December 3, 2004

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Petitioner by First Class Mail by placing it in the mail room of the U.S. Attorney's Office, Distirct of Massachusetts.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

---

PRO SE PLAINTIFF:
Oladayo Oladukun
# 21480-037
Inmate Mail
42 Patton Road
Box 879
FMC Devens
Ayer, MA 01432

AGENCY COUNSEL:
Ann Zgrodnik
FMC Devens
Box 880
Ayer, MA 01432
978-796-1043 (Voice)
978-796-1040 (Fax)
azggrdnik@bop.gov

N:\AGiedt\a-doj\a-cases\oladokun\oldkn-us-mtd-smj-seal-12-3-04-f.wpd