UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLADAYO OLADUKUN,<br><br>Petitioner,<br><br>v.<br><br>DAVID L. WINN,<br><br>Respondent. | Civil Action No. 04-40198-RWZ |

### RESPONDENT'S MOTION TO DISMISS PETITIONER'S PETITION FOR HABEAS CORPUS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

The Petitioner in this action, Oladayo Oladukin, is a federal inmate incarcerated at the Federal Medical Center (FMC) Devens, Massachusetts. Petitioner alleges that he has been treated with cruel and unusual punishment and deprived of due process while he has been placed in the Special Housing Unit (SHU) at FMC Devens. He also challenges the incident reports he has received while in the SHU. As relief, he requests that he be immediately transferred to another institution and that his Good Conduct Time be restored.

As explained in the accompanying Memorandum In Support of this Motion, Petitioner has not been mistreated and he has failed to exhaust administrative remedies available with respect to his claims, as required under applicable law, before initiating a claim in this Court.

Accordingly, Petitioner's Petition should be dismissed, or in the alternative, the Respondent should be granted summary judgment.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL J. SULLIVAN
United States Attorney

**OF COUNSEL**:
Ann H. Zgrodnik
Supervisory Attorney
Federal Bureau of Prisons
Consolidated Legal Center, Devens
P.O. Box 880
Ayer, MA 01432
978-796-1043 (Voice)
978-796-1040 (Fax)
azggrdnik@bop.gov

By:   /s/ Anton P. Giedt   12/03/04
Anton P. Giedt
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210
617-748-3309 (Voice)
617-748-3971 (Fax)
anton.giedt@usdoj.gov
BBO No.: 563928

---

**LOCAL RULE 7.1 CERTIFICATE**

As the Petitioner is acting *Pro Se* and detained within the Federal Bureau of Prisons, undersigned counsel respectfully requests waiver of the conference requirements of L.R. 7.1. A copy of this Motion has been served on the *Pro Se* Petitioner.

/s/ Anton P. Giedt   12/03/04
Anton P. Giedt
Assistant U.S. Attorney

---

**CERTIFICATE OF SERVICE**

Suffolk, ss.

Boston, Massachusetts
DATE: December 3, 2004

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Petitioner by First Class Mail by placing it in the mail room of the U.S. Attorney's Office, District of Massachusetts.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

| PRO SE PLAINTIFF: | AGENCY COUNSEL: |
|---|---|
| Oladayo Oladukun | Ann Zgrodnik |
| # 21480-037 | FMC Devens |
| Inmate Mail | Box 880 |
| 42 Patton Road | Ayer, MA 01432 |
| Box 879 | 978-796-1043 (Voice) |
| FMC Devens | 978-796-1040 (Fax) |
| Ayer, MA 01432 | azggrdnik@bop.gov |