UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLADAYO OLADUKUN,<br><br>Petitioner,<br><br>v.<br><br>DAVID L. WINN,<br><br>Respondent. | Civil Action No. 04-40198-RWZ |

## RESPONDENT'S MOTION TO REPLACE INCORRECT EXHIBIT DOCUMENT

On December 3, 2004, Respondent filed his Memorandum In Support of Respondent's Motion to Dismiss Petitioner's Petition For Habeas Corpus Or In The Alternative For Summary Judgment. One Exhibit with multiple document attachments was included with the Memorandum. Due to a clerical error an incorrect and outdated copy of "Exhibit 1, **Document 1q**" (Administrative Remedy Generalized Retrieval) was included. The correct updated copy of **Document 1q** is attached and Respondent respectfully requests that the attached **Document 1q** (dated 12-02-04/ 14:55:31) be used to replace the copy submitted on December 3, 2004 (11-09-04/ 11:12:50).

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL J. SULLIVAN
United States Attorney

**OF COUNSEL:**
Ann H. Zgrodnik
Supervisory Attorney
Federal Bureau of Prisons
Consolidated Legal Center, Devens
P.O. Box 880
Ayer, MA 01432
978-796-1043 (Voice)
978-796-1040 (Fax)
azggrdnik@bop.gov

By:   /s/ Anton P. Giedt    12/06/04
Anton P. Giedt
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210
617-748-3309 (Voice)
617-748-3971 (Fax)
anton.giedt@usdoj.gov
BBO No.: 563928

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLADAYO OLADUKUN,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID L. WINN,<br><br>    Respondent. | Civil Action No. 04-40198-RWZ |

**MEMORANDUM IN SUPPORT OF
RESPONDENT'S MOTION TO DISMISS PETITIONER'S PETITION FOR HABEAS CORPUS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

# ATTACHMENTS TO
# DECLARATION OF ATTORNEY ADVISOR ANN H. ZGRODNIK

# DOCUMENT 1q

**THE ATTACHED WAS UPDATED 12/2/04
AND REPLACED BY MOTION OF 12/6/04**

```
 DEVBS                  ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *         12-02-2004
PAGE 001                                                                      14:55:31
         FUNCTION: LST  SCOPE: REG   EQ 21480-037      OUTPUT FORMAT: SAN_____
--------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____  DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS:  _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS:  _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _  REMEDY LEVEL: _ _         RECEIPT: _ _ _   "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____ _____ _____ _____ _____ _____
TRACK: DEPT:  _____ _____ _____ _____ _____ _____
     PERSON:  _____ _____ _____ _____ _____ _____
       TYPE:  ___ ___ ___ ___ ___ ___
EVNT FACL: EQ _____ _____ _____ _____ _____ _____
RCV FACL.: EQ _____ _____ _____ _____ _____ _____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ _____ _____ _____ _____ _____ _____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____


G0002        MORE PAGES TO FOLLOW . . .
```

```
 DEVBS                              REMEDY GENERALIZED RETRIEVAL *   12-02-2004
PAGE 002              *              SANITIZED FORMAT                14:55:31
 REMEDY-ID   SUBJ1/SUBJ2   -------------------ABSTRACT---------------------
             RCV-OFC       RCV-FACL       DATE-RCV       STATUS    STATUS-DATE

145995-F1    20ZM/         APPEALS UDC ACTION
             FTD           FTD            11-07-1997     CLO       11-26-1997

146760-F1    21AM/         APPEALING UDC ACTION
             FTD           FTD            11-18-1997     REJ       11-19-1997

146763-F1    20CM/         APPEALING DHO SANCTION
             FTD           FTD            11-18-1997     REJ       11-19-1997

151101-R1    20DM/         APPEALS DHO HEARING
             NER           FTD            01-26-1998     CLD       02-23-1998

158628-R1    20DM/         APPEALS 03-17-98 DHO HEARING, CODE 201
             NER           ALF            05-04-1998     CLD       06-03-1998

165550-F1    13AM/         924(G)(1) CANNOT BE CLASSIFIED VCCLEA VIOLENT
             RBK           RBK            08-10-1998     CLG       08-21-1998

G0002        MORE PAGES TO FOLLOW . . .
```

```
DEVBS                *  ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *   12-02-2004
PAGE 003                            SANITIZED FORMAT                    14:55:31
  REMEDY-ID     SUBJ1/SUBJ2     ---------------------ABSTRACT---------------------
                RCV-OFC         RCV-FACL      DATE-RCV         STATUS      STATUS-DATE

165550-R1       13AM/           924(G)(1) CANNOT BE CLASSIFIED VCCLEA VIOLENT
                NER             RBK           09-04-1998        CLD        10-01-1998

158628-A1       20DM/           APPEALS 03-17-98 DHO HEARING, CODE 201
                BOP             RBK           10-13-1998        REJ        10-13-1998

158628-A2       20DM/           APPEALS 03-17-98 DHO HEARING, CODE 201
                BOP             RBK           10-13-1998        REJ        10-13-1998

165550-A1       30EM/           EARLY RELEASE UNDER 3621(E)
                BOP             RBK           10-26-1998        CLD        11-04-1998

188675-R1       20DM/           APPEALS DHO HEARING
                NER             RBK           06-07-1999        REJ        06-15-1999

188675-R2       20DM/           APPEALS 05-14-99 DHO HEARING, CODE 201
                NER             RBK           06-28-1999        REJ        07-01-1999

G0002           MORE PAGES TO FOLLOW . . .
```

```
  DEVBS        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    12-02-2004
PAGE 004       *                   SANITIZED FORMAT            *    14:55:31
 REMEDY-ID    SUBJ1/SUBJ2        ---------------------ABSTRACT----------------------
              RCV-OFC       RCV-FACL     DATE-RCV        STATUS      STATUS-DATE

188675-R3     20DM/         APPEALS  05-14-99 DHO HEARING, CODE 201
              NER           RBK          07-12-1999             CLD     08-11-1999

188675-A1     20DM/         APPEALS  05-14-99 DHO HEARING, CODE 201
              BOP           RBK          09-15-1999             CLD     11-12-1999

235506-R1     20DM/         APPEALS  02-22-01 DHO HEARING, CODE 201
              NER           FAI          03-20-2001             CLG     04-18-2001

241293-R1     20BM/         APPEALS  05-17-01 DHO REHEARING FOR 201
              NER           FAI          05-31-2001             CLD     06-29-2001

245181-R1     20BM/         APPEALS  6/19/01 DHO FOR 201
              NER           FAI          07-23-2001             CLD     08-22-2001

241293-A1     20BM/         APPEALS  05-17-01 DHO REHEARING FOR 201
              BOP           FAI          07-24-2001             REJ     07-24-2001

G0002         MORE PAGES TO FOLLOW . . .
```

```
DEVBS                    *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    12-02-2004
PAGE 005                 *                      SANITIZED FORMAT                       14:55:31
  REMEDY-ID    SUBJ1/SUBJ2   -------------------ABSTRACT-------------------
               RCV-OFC       RCV-FACL      DATE-RCV           STATUS         STATUS-DATE

246273-F1      22ZM/         SERVE ICE WITH MEALS IN SHU
               FAI           FAI           08-10-2001         CLD            08-22-2001

241293-A2      20BM/         APPEALS 05-17-01 DHO REHEARING FOR 201
               BOP           FAI           08-13-2001         REJ            08-13-2001

246273-R1      22ZM/         SERVE ICE WITH MEALS IN SHU
               NER           FAI           08-29-2001         CLD            09-28-2001

241293-A3      20BM/         APPEALS 05-17-01 DHO REHEARING FOR 201
               BOP           FAI           08-31-2001         CLD            10-25-2001

245181-A1      20BM/         APPEALS 6/19/01 DHO FOR 201
               BOP           FAI           09-07-2001         CLD            11-01-2001

259871-F1      34ZM/         COMPLAINT AGAINST STAFF MEMBER FOR TAKING FOOD ITEMS
               FAI           FAI           02-07-2002         CLD            03-01-2002

G0002          MORE PAGES TO FOLLOW . . .
```

```
  DEVBS         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    12-02-2004
PAGE 006        *                    SANITIZED FORMAT          *    14:55:31
 REMEDY-ID    SUBJ1/SUBJ2   ---------------------ABSTRACT----------------------
              RCV-OFC       RCV-FACL      DATE-RCV         STATUS    STATUS-DATE

 259871-R1    34ZM/         COMPLAINT AGAINST STAFF MEMBER FOR TAKING FOOD ITEMS
              NER           FAI           03-13-2002       CLD       04-11-2002

 263553-F1    27CM/         CLAIMS DENIED DENTAL TREATMENT FOR 26 MONTHS
              FAI           FAI           03-26-2002       CLD       04-09-2002

 264981-F1    21AM/         INCIDENT REPORT EXPUNGED
              FAI           FAI           04-11-2002       CLD       04-25-2002

 263553-R1    27CM/         CLAIMS DENIED DENTAL TREATMENT FOR 26 MONTHS
              NER           FAI           04-29-2002       REJ       05-02-2002

 263553-R2    27CM/         CLAIMS DENIED DENTAL TREATMENT FOR 26 MONTHS
              NER           FAI           05-13-2002       CLD       06-11-2002

 264981-R1    21AM/         APPEALS 4/02/02 UDC FOR 307, 312
              NER           FAI           05-13-2002       CLD       06-11-2002

 G0002         MORE PAGES TO FOLLOW . . .
```

```
DEVBS                   *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    12-02-2004
PAGE 007                *                   SANITIZED FORMAT                14:55:31
                                                        ------ABSTRACT------------------------
  REMEDY-ID      SUBJ1/SUBJ2      -----------------------
                 RCV-OFC          RCV-FACL       DATE-RCV        STATUS      STATUS-DATE
```

| REMEDY-ID | SUBJ1/SUBJ2 / RCV-OFC | RCV-FACL | ABSTRACT | DATE-RCV | STATUS | STATUS-DATE |
|---|---|---|---|---|---|---|
| 259871-A1 | 34ZM/25DM  BOP | FAI | COMPLAINT AGAINST STAFF MEMBER FOR TAKING FOOD ITEMS | 05-28-2002 | REJ | 05-28-2002 |
| 259871-A2 | 34ZM/  BOP | FAI | COMPLAINT AGAINST STAFF MEMBER FOR TAKING FOOD ITEMS | 06-07-2002 | CLD | 07-23-2002 |
| 270543-R1 | 20DM/  NER | FAI | APPEALS 4/11/02 DHO FOR 203 | 06-12-2002 | CLD | 07-11-2002 |
| 279992-F1 | 22AM/  FAI | FAI | WHY STILL IN SHU | 10-08-2002 | CLD | 10-24-2002 |
| 281636-R1 | 22AM/  NER | FAI | OBJECTS TO PLACEMENT IN SHU | 10-21-2002 | REJ | 10-28-2002 |
| 279992-R1 | 22AM/  NER | FAI | WHY STILL IN SHU | 10-31-2002 | CLD | 11-29-2002 |

G0002      MORE PAGES TO FOLLOW . . .

```
 DEVBS           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-02-2004
PAGE 008         *                    SANITIZED FORMAT              14:55:31
 REMEDY-ID    SUBJ1/SUBJ2      ---------------------ABSTRACT---------------------
              RCV-OFC          RCV-FACL    DATE-RCV        STATUS      STATUS-DATE

289287-R1     20DS/            APPEALS 12-03-02 DHO HEARING,CODE 201
              NER              FAI         01-27-2003      REJ         01-31-2003

290229-R1     20DS/            SHU PLACEMENT/REQ TRANSFER/DHO APPEAL/STAFF COMPLAIN
              NER              FAI         02-04-2003      REJ         02-11-2003

289287-R2     20DS/            APPEALS 12-03-02 DHO HEARING,CODE 201
              NER              FAI         02-12-2003      CLD         03-14-2003

291527-F1     10ZM/            REQUESTING TRANSFER BE RESUBMITTED TO REGION
              FAI              FAI         02-27-2003      CLD         03-12-2003

292601-R1     34AM/33HM        STAFF COMPLAINT/ & ADMIN REMEDY PROCESS
              NER              FAI         03-05-2003      REJ         03-10-2003

291527-R1     10ZM/            REQUESTING TRANSFER BE RESUBMITTED TO REGION
              NER              FAI         03-17-2003      CLD         04-14-2003


G0002         MORE PAGES TO FOLLOW . . .
```

```
  DEVBS         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    12-02-2004
PAGE 009                       SANITIZED FORMAT                    14:55:31
                                       ---------------ABSTRACT----------------------
 REMEDY-ID     SUBJ1/SUBJ2
               RCV-OFC       RCV-FACL     DATE-RCV         STATUS     STATUS-DATE

 294170-F1     22ZM/         REQUEST ITEMS BE PLACED BACK ON SHU COMMISSARY LIST
               FAI           FAI          03-25-2003       CLD        04-04-2003

 289287-A1     20DS/         APPEALS 12-03-02 DHO HEARING, CODE 201
               BOP           FAI          03-31-2003       CLD        05-01-2003

 294942-F1     25CM/         REQ. CERTAIN FOOD ITEMS FROM PROPERTY IN SHU
               FAI           FAI          04-02-2003       CLD        05-14-2003

 295114-R1     34ZS/         STAFF COMPLAINT
               NER           FAI          04-02-2003       REJ        04-03-2003

 294170-R1     22ZM/         REQUEST ITEMS BE PLACED BACK ON SHU COMMISSARY LIST
               NER           FAI          04-11-2003       CLD        05-09-2003

 296181-F1     34ZM/         COMPLAINT AGAINST STAFF MEMBER
               FAI           FAI          04-15-2003       CLD        05-05-2003

 G0002         MORE PAGES TO FOLLOW . . .
```

```
  REMEDY-ID     SUBJ1/SUBJ2    ---------------------ABSTRACT----------------------
                RCV-OFC        RCV-FACL     DATE-RCV            STATUS       STATUS-DATE

  296182-F1     34ZM/          COMPLAINT AGAINST STAFF MEMBER
                FAI            FAI          04-15-2003          CLD          05-05-2003

  296185-F1     34ZM/          COMPLAINT AGAINST STAFF MEMBER
                FAI            FAI          04-15-2003          CLD          05-05-2003

  291527-A1     10ZM/          REQUESTING TRANSFER BE RESUBMITTED TO REGION
                BOP            FAI          04-29-2003          CLO          11-14-2003

  294942-R1     25CM/          REQ. CERTAIN FOOD ITEMS FROM PROPERTY IN SHU
                NER            FAI          05-06-2003          CLD          06-03-2003

  296185-R1     34ZM/          STAFF COMPLAINT
                NER            FAI          05-21-2003          CLD          06-20-2003

  296181-R1     34ZM/          COMPLAINT AGAINST STAFF MEMBER
                NER            FAI          05-21-2003          CLD          06-20-2003

  G0002         MORE PAGES TO FOLLOW . . .
```

```
 REMEDY-ID    SUBJ1/SUBJ2    ---------------------ABSTRACT----------------------
              RCV-OFC     RCV-FACL     DATE-RCV        STATUS       STATUS-DATE

296182-R1     34ZM/         COMPLAINT AGAINST STAFF MEMBER
              NER         FAI          05-21-2003      CLD          06-20-2003

294170-A1     22ZM/         REQUEST ITEMS BE PLACED BACK ON SHU COMMISSARY LIST
              BOP         FAI          06-02-2003      CLD          07-02-2003

296181-A1     34ZM/         COMPLAINT AGAINST STAFF MEMBER
              BOP         FAI          07-08-2003      REJ          07-08-2003

296185-A1     34ZM/         STAFF COMPLAINT
              BOP         FAI          07-08-2003      REJ          07-08-2003

296182-A1     34ZM/         COMPLAINT AGAINST STAFF MEMBER
              BOP         FAI          07-08-2003      REJ          07-08-2003

305063-F1     24AM/         REQUEST FOR DIFFERENT FRUIT BE SERVED IN SHU
              FAI         FAI          07-18-2003      CLD          08-18-2003

G0002         MORE PAGES TO FOLLOW . . .
```

```
 DEVBS                   *      REMEDY GENERALIZED RETRIEVAL    *   12-02-2004
PAGE 012                 *          SANITIZED FORMAT            *     14:55:31
  REMEDY-ID   SUBJ1/SUBJ2       ---------------------ABSTRACT---------------------
              RCV-OFC     RCV-FACL      DATE-RCV        STATUS      STATUS-DATE

 296182-A2    34ZM/             COMPLAINT AGAINST STAFF MEMBER
              BOP         FAI           08-05-2003        CLO       09-22-2003

 296181-A2    34ZM/             COMPLAINT AGAINST STAFF MEMBER
              BOP         FAI           08-05-2003        CLO       09-22-2003

 296185-A2    34ZM/             STAFF COMPLAINT
              BOP         FAI           08-05-2003        CLO       09-22-2003

 309713-R1    34BS/             HARASSMENT
              NER         FAI           09-02-2003        REJ       09-02-2003

 324420-F1    32ZM/             WASN'T GIVEN FAIR NOTICE BEFORE SENTENCING
              DEV         DEV           01-26-2004        CLD       02-25-2004

 324420-R1    32ZM/             WASN'T GIVEN FAIR NOTICE BEFORE SENTENCING
              NER         DEV           03-12-2004        CLD       04-07-2004

 G0002        MORE PAGES TO FOLLOW . . .
```

```
DEVBS              *       REMEDY GENERALIZED RETRIEVAL    *  12-02-2004
PAGE 013           *            SANITIZED FORMAT           *  14:55:31
 REMEDY-ID   SUBJ1/SUBJ2   --------------------ABSTRACT-------------------
             RCV-OFC       RCV-FACL    DATE-RCV        STATUS     STATUS-DATE

324420-A1    32ZM/         WASN'T GIVEN FAIR NOTICE BEFORE SENTENCING
             BOP           DEV         04-19-2004      CLD        05-18-2004

341359-F1    22ZM/         WANTS TO RECEIVE UNDERGARMENTS ON A REG BASIS IN SHU
             DEV           DEV         06-23-2004      CLD        07-26-2004

341487-F1    24CM/24EM     WATER NOT HOT FOR CEREAL, TRAYS DIRTY, NEW FOOD GRP
             DEV           DEV         07-02-2004      CLO        07-16-2004

348808-F1    34BM/10AM     WANT TO BE TRANSFERRED OUT OF DEVENS
             DEV           DEV         08-24-2004      CLO        09-01-2004

352333-F1    25DM/
             DEV           DEV         09-16-2004      REJ        09-21-2004

352833-R1    34BS/         STAFF CONDUCT
             NER           DEV         09-16-2004      REJ        09-24-2004

G0002        MORE PAGES TO FOLLOW . . .
```

```
  DEVBS          * ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    12-02-2004
PAGE 014 OF 014  *              SANITIZED FORMAT                *    14:55:31
```

```
 REMEDY-ID   SUBJ1/SUBJ2     --------------------ABSTRACT-------------------
             RCV-OFC     RCV-FACL     DATE-RCV          STATUS     STATUS-DATE

348808-R1    34BM/10AM   STAFF CONDUCT; TRANSFER
             NER         DEV          09-22-2004        CLD        10-21-2004

356360-R1    20DM/       APPEALS 09-20-04 DHO FOR 398
             NER         DEV          10-21-2004        CLD        11-19-2004

356361-R1    20AM/       APPEALS 09-23-04 DHO FOR 399
             NER         DEV          10-21-2004        CLD        11-19-2004

358262-F1    22ZM/       REQUESTS THAT HIS CONFISCATED RADIO BE RETURNED
             DEV         DEV          11-03-2004        CLD        11-26-2004

359103-R1    20DM/       APPEALS 11-08-04 DHO FOR 299
             NER         DEV          11-17-2004        ACC        11-17-2004


             77 REMEDY SUBMISSION(S) SELECTED
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```