UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OLADAYO OLADOKUN
PETITIONER

FILED
IN CLERKS OFFICE
2004 DEC 21 P 3:16
U.S. DISTRICT COURT
DISTRICT OF MASS

VS

DAVID L. WINN

CIVIL NO:
04-04198 RWZ

MOTION OPPOSING THE GOVERNMENT BRIEF FOR DISSMIS OF PETITIONER HABEAS COPUS OR IN THE ALERTNATIVE FOR SUMMARY JUDGEMENT

Come Now, the pro-se, petitioner, OLADAYO OLADOKUN is a federal inmate incarcerated at the Federal Medical Center FMC Deven, MASSACHUSETTS, petitioner known's without a doubt he was and has been treated with cruel and unusual punishment and deprived due process while he has been placed in the special housing unit at FMC Devens. Petitioner also challenges all incident report he received while in the segregation. As relief, petitioner request that he be transfered to another institution and his 34 days goodtime conduct be restored in the interest of justice. Petitioner contend admantly that he has been mistreated and knowns without a doubt has tried and have exshausted the aviable remedy that was aviable to him with respect to his

(1)

claims with impedment, as required under applicable law, before petitioner intiating a claim in the court. Accordingly, petitioner request that his motion should be granted under extra ordinary circumtance or in the alternative should be granted summary judgement.

This are the following reason the honorable should grant this relief the petitioner seek:

1) The respondent and the in house cousel and as well as the assiant united state attorney show continue to violates my constitution right, for example, the violation occur in there response to petitioner brief, when this people violated my right has a patient by including my psychology file in there response, which is a violation of medical priviacy this just to show the court, this respondent under no circumstance release my medical file and as well as my psychocolgy file which is not a public information they are bound by law to get a written consent to release my medical file and psychology file. The respondent believe since this is Mr Oktookin, we are going to by pass the law. The petitioner just want to point out this continue violation to the court has it occur.

2) The petitioner never denied the fact he was diagnosis with depression and anxerty. These alone don't justify the fact the petitioner was place in suicidal watch, naked in a room to sleep on concrete over night in a cold cell. When it a fact the petitioner never has' been placed in the suicidal watch since he been lock up. This was done on Aug 30, 2004, when the petitioner complained about his legal work, the petitioner has witnesses that will attest to the fact my legal work paper was taken out my room when I was at the recreation yard. Then petitioner returned to his room the Administration Remedy the petitioner prepared was taken by officer S. Whitley and the others named in his original petition. These show the institution is engaging in a cover up. I never told any inmate I was going to do nothing to myself or anyone. The reason been record will show that I never request for razor in segregation. It's was retaliation for preparing a ready Administrative Remedy on the officers. Even, when I was interview by MR Dragone for alleged interview I told her that two papers was missing out of my room, that I am not suicidal. She told me

(3)

to file another one. I said I shouldn't have to file another. This officers lock me in suicidal watch has to deter me from filing this complaint, this alone is against the law and everyone knows this but fail to do anything about.

3) The petitioner would like to know the in house movitative in miss leading the court to believe that petitioner hasn't exshaust his remedy, when in fact he already did. The Request for Adminstrative Remedy CASE NUMBER 348805-F1 for victim of assault, harrasment, mail tampering, false imprisonment, food tampering, and for negligent. The petitioner has exahust all the aviatable remedy from BP-8, BP9-, BP-10 and the final stage was sent out legal mail handed to Mr Powers unit case manager on on Oct 31, 2004 sent certified mail 7004-1160 0007- 0140-3592 which was received at the central office in Washington Nov 5, 2004. Yes, the petitioner contend again that he has exshaust his remedy. That the goverment counsel should be wondering what really going on with petitioner mail. So, the petitioner request that this issue look into, due to the fact that once a petitioner prepare a legal mail he has to give it to the staff here, they can basically do what the please with this out going mail. The actuall green card is sent home for future evidence to show

(4)

not only was it sent, but the petitioner has exhausted his remedy has required by law. The in-house counsel is deceiving the court.

4) In regards to Admistrative Remedy Case Number 356361-R1 (Incident report Number 1261968) For the September 14, 2004 (399) code (conduct which Disrupt or Interfere with the Orderly Running of the Institution. The D.H.O santion the petitioner to 10 day segregation, and 17 days loss of good time, for refusing to be housed with a mentally unstable inmate, that made unwanted sexual advance which I presented to the officers BARSH, POWERS, and S Whitten outside in recreation That I can't be housed with this inmate whom walked around naked in the room on On Sept 14, 2004, Sept 15, 2004. They all laughed at me, Making fun of this incident claiming that this inmate like me. Then on the day of the hearing to be santion I told the D.H.O officer this unwanted sexaul advance, the d.H.O said did inmate Valentin touch me. Therefore, If he didn't touch me. I don't have an agreement. The problem is told folds. The institution investigating classify me has a victim (please) see respondent brief daily report According to there own policy 28 C.F.R 541.23. When an inmate is a victim of gang assault

(5)

he must be put in protective custody, which I was classified under Recreation/Cell alone. I was a victim of gang assault, whom is not suppose to be housed with anyone period. The petitioner contends again he has exhausted his remedy in this Appeal Number 356361-R1 sent out Nov 28, 2004 handed to officer Styles to be mailed for the final appeal. has to date the petitioner has yet to receive his recipt or response. Once the petitioner handed the mail over is consider file, whatever the staff do with the mail is not the petitioner fault by law.

5) The Incident Report Number 1238464 for alleged fighting Eight inmates is a classic unbelieveable instrument of a cover up a neglience at the highest level, that the petitioner will seek justice at every turn due to there was a crime committed on May 30, 2004 against the petitioner and inmate CODA which was more in line of Attempt of Murder. A crime is been comitted as we speak due to the fact is a victim of a brutal assault which the respondent are trying to classify has fighting. The evidence is so over whelming that all the honorable court has to do request the live

(6)

footage of this alleged fight. The honorable court would definitely reprimanded everyone involve in this incident. The petitioner was kept alive due to stroke of lucky and the heroic act of inmate EDDO that petitioner lived due to the fact the petitioner didn't confronted anyone. The petitioner didn't even know what was happening or senseing any danger. The petitioner wasn't just hit in the upper body has the D.H.O officer claim. The petitioner was hit squarely in the head with aleast 50 pound of rock and stones. The petitioner went down immediately black out. The petitioner found out later from witness that inmate EDDO prevented the inmate from delivering the deadly blow to my head while on the floor. That I couldn't feel my body for few minute. All the petitioner remember is that "It was alot of commotion on top of him. Didn't see anyone. When the petitioner finally regain conciousness. The petitioner jump up ran down to get a mop wringer brought it back to the front desk, the next thing soon as I walking in the front desk. I notice inmate EDDO climbing the first cell. Telling me he can't in bed, I put the mop wringer down right in front of the desk never went to the area were I was assaulted. I was delussioner at the

(7)

time. That, I did not went after anyone. That's a major cover up. At first the institution was claim to charge the inmates whom assaulted me and inmate Eddo. Which was handed to FBI to be investigated. FBI don't investigated fight in prison but assaulted inmates. When institution realized that there is possible civil suit, and also found out about the petitioner 2241 motion. They decided to charge the petition with fighting over eight inmates. The D.H.O officer made the hearing prejudice by advocating on the behalf of the institution. He was wearing too many hat. The D.H.O officer tried to convince the petitioner that the inmate gotten the stones and rocks outside during the incident. The petitioner contend that this rock and stones was saved to do harm. Even, if is believeable why then the officer whom was suppose to tend to the housing unit request the what the inmate was carrying in the pillow case, either way there negligene and security laspe. But instead the petitioner is been punished as well as inmate Eddo whom received broken arm and razor cut to the head. The petitioner know without a doubt he is been frame with Charged Code (299) Conduct which disrupt or interfere with security or order running of institution a sanction of 27 days loss of good time

(8)

15 day segregation claim, the petitioner was in pursuit of the assailant whom assaulted the petitioner, when the petitioner only trying to prevent his death, which the petitioner has the liberty interest right to life, and not subject to cureal and unusual punishment from abuse and be protected from harm. The live footage will conclusive show that the petitioner never went after anyone or chase anyone, nor ran from the area soon has the officer came. As soon as the petitioner came back with the mop wringer that when petitioner saw inmate EDDO hemorging blood gushing from his head. The petitioner put the mop wringer down in front of the Desk soon as you walk in the Unit. The petitioner concern was to get inmate EDDO medical has soon as possible. The petitioner then proceeded to his room to just lay down. The petitioner was feeling dizzy. The petitioner didn't realize he suffer a concussion from the blow. The incident report was the job of a cover up to frame the petitioner, injustice has been practice here in regard to this assault. The petitioner request that an Independent interview be conduct in regards to this incident will show that petitioner didn't ran around to chase or pursuit anyone. There was alot of inmates whom seen me get assaulted as well as inmate EDDO. The main violation in question in regards to (299) violation is

at first the petitioner was charge with (201) for fighting eight inmates. Then on Nov 8, 2004 the changed to (299) code conduct which disrupt the orderly running of the institution. The petitioner contend as soon as the hearing was held that he would be needing new witnessess to refute this new charged charge. Inmate witnesses will testify that I did not run around with this mop wringer to pursuit anyone. This is a lie. The D.H.O officer was so prejudice at my hearing that he would not allow me to call inmate EDDO at my hearing whom could testify that when I walk to the front desk of the unit I look to my left I seen him. I immediately put this mop wringer down on the floor. The hearing was prejudice due to the fact I was not allow to call inmate EDDO has a witness. Even, when the D.HO officer ask me did I want to have inmate EDDO has my witness. Which I said yes. He still denied me him as my witness. But on Oct 20, 2004 the D.H.O officer allowed the same inmate that I later findout whom hit me in the head with the pillow case full of rock and stones to testify against inmate EDDO. But the petitioner request favorable witnessess on his behalf he can't have a meaningful defense. The petitioner believe this was one of the irreverable misscarriage of justice, and insult upon an injury what this respondent are getting to

(10)

practice here at this institution. The petitioner has not exhaust his remedy of this incident report 1238464 which is due today Dec 14, 2004. The petitioner argue that respondent are going to find a way to impede the final stage of appeal. The first two appeal for final stage appeal process the petitioner sent out Oct 31, 2004 and Nov 28, 2004. The petitioner hasn't heard anything from these appeal. It fruitless wasting the petitioner stamps to seek justice when the process is been impeded.

6) To the government counsel believe regarding Request for Administrative Remedy Case Number 352833-R1 for harrasment by staff member by officer Powers, MATHEW, S. WHITTEN, AND BARSIL, plus, LT hufangle whom the petitioner complained too. The petitioner did a "Sensetive 9" to the Region office so that petitioner won't suffer retaliation from this officers which was deined. The petitioner then started the process off filing the proper paper Administrative Remedy BP-8½ handed to my then Counselor MR LARKIN on Sept 20, 2004. The petitioner gave the complaint to MR LARKIN till to today the petitioner has not received nothing of a response in regards to that complain. Of Sept 13, 2004, Sept 14, 2004 and Sept 15, 2004 for placing inmate valentin in my cell to harras me and then threaten me with bodily harm.

(11)

In closing, the petitioner knows without a doubt that petitioner has tried to and has exhaust his remedy regarding the main issues of his concern the only issue not on the final stage of appeal is the 299 code change from fighting. The petitioner has did his best to exhaust his remedy, but somehow is impeded. The court should not allow the respondent especially the in house counsel to decieve the court. The petition file all the paper neceassary to resovle the matter before move forward only to have his mail not make it to there destination. The petitioner believe that if a hearing was held today in court he can put forward evidence that the petitioner has be deter from moving forward in seek justice. The petitioner has been treated with cruel and unusual punishment at every turn. The prejudice are so obivous that the institution pre-stage my hearing that I couldn't call witnessness to prove my innocent of the change charge (299). The continue prejudice was evident that respondent included my psychology profile my mental health in the government respondent which is against the law, when they fail to get consent from petitioner which is a violation of the petitioner privacy act. The petitioner mental health is not on trial here, but the respondent whom allow the officers to use suicidal

watch to abuse petitioner, because he filed administrative Remedy. Then, when he complain about want the paper's back was retaliated against by been place on suicidal watch. On Aug 30, 2004 for retaliation placed in a cell to humilate the petitioner which is cruel. When the petitioner was not only left naked in this room, but slept on a concrete was abuse of position. The petitioner file show that the petitioner never was on suicidal watch on till the day he demand his legal papers back. Then Agans Nov 1, 2004 the petitioner was placed in suicide watch for no apparent reason, This was done when petitioner motion was recieved by the respondent to keep harrasing the petitioner. The government counsel should wonder that petitioner has never been on suicide watch in his near 8 yrs incarceration. All of a sustain he suicidal. It make one wonder, even, when the petitioner pleace with this DR BROOK AND MRS DRAGONE that petitioner was not suicidal. They say they know I was not suicidal but must put the petitioner in the watch, because officers claimed they heard me. Even, after my first trip Aug 30, 2004. Officers used the suicidal watch as a form of punishment to the petitioner whenever the petitioner disargee with the mistreatment, the petitioner was throaten

(13)

with suicidal watch on occasion. This behavior alone is a form of coral punishment, which run a foul of the Eighth Amendment to place inmate in a cold cell, without no clothes is cruel, no shoes, when the subject is not suicidal is abuse. Plain and simple. The honorable court should not allow the respondent to be relief of the burden to be prosessional. The furthermore, contend in no way is he a saint, when in the past has been punished for his bureau of prison violation. The petitioner is and knows that he has been wrong, will seek justice every turn to right the wrong. Then to further show the prejudice the assailant whom tried to take petitioner life and CDDO on May 30, 2004. Most of this suspect and assailant has been released on Nov 18, Nov 19, 2004 respectfully, only two of the aslant are still left out of a group of over 12 inmates that attack the petitioner and Inmate CDDO. The petitioner is still in segregation lock down 23 to 24 hours a day since May 30, 2004. When the petitioner didn't lay hand on anyone. The petitioner has been treated with bias according to there own policy 28cfr541.23 That is you are a victim of assault you are not to be housed over 60 to 90 days Not to exceed this days.

(14)

So the petitioner pray that the foregoing relief be granted in the interest of justice. Due to the fact has the government contend the petitioner has a liberty interest to be free from abuse and to live Not have his fate decide by over 12 inmates whom committed attempt of murder on his life on that fateful day. Then to keep matter worse the petitioner was and been housed by claim the petitioner fought 8 inmates. Which is nearly unheard of. Then when the respondent found that he has file hapeas corpus, and gotten in touch with a few congressmember. They decide to sing a different tune. So the petitioner pray that his goodtime be restored the whole 34 days goodtime in the interest of justice. If not then the honorable court has allow a misscarriage of justice with irreverseable damage consequence to the petitioner. The is the respondent can get away with committing violation against the petitioner, due to there federal clothes. If the honorable court don't stop them. They would be given license to keep doing this even after the petitioner is gone. The respondent are not only sending the wrong message to the inmates whom comitted

this assault with "locks in the sock", "broom" and stones and Rocks. There no moral lesson that this inmate learned. The respondent release the suspect before there victim, charge them with lesser charge when the act they committed was of greatest severity of (101) a serious assault with weapons. Which carry stiffer penalty. But instead given (200) series sending the wrong message. Then to top this madness off using the assialant to testify against is cruel. Should not be over looked at.

The final contend that the hardships the petitioner would suffer is when the petitioner is subject to served an illegal sentence of 34 days, which was under false pretense and instrument of cover-up. The petitioner shouldn't have to do extra day in jail for a violation he didn't committed. The petitioner pray that his all his relief granted in the interest of justice, and any relief deem proper.

Dec 17, 2004

Submitted Respecfully
Oladokun, Oladayo.

(16)