04-40198 RWZ

January 31, 2005

To: The Clerk of the Court
1 Courthouse [way]
Boston, MA 0[2210]

*FILED IN CLERK'S OFFICE
2005 FEB -3 P 12:30
U.S. DISTRICT COURT
DISTRICT OF MA*

From: Oladayo [Olanokun]
Reg # 21480-038
P.O. Box 90042
Petersburg, VA, 23804
F.C.I. Medium

Oladayo Olanokun
Petitioner

vs

Respondent
Warden David .L. Winn

Please advise that my address has been changed from P.O. Box 879
Ayer, MA, 01432
To the address stated above in this letter. Therefore,

(1)

I am requesting that a _____ from the Court be directed to the new address stated above.

I thank you in advance. I am currently on chapter transit holdover, since Jan. 12, 2005, so I am unable to add the Civil Docket number this letter. So I hope my address is change immediately.

Sincerely Yours

Olaonipe Iladayo