FILED
IN CLERKS OFFICE

2005 FEB 28  P 2: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

04-40198 RWZ