UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL Action
No: 04-40198-RWZ

OLADAYO OLADOKUN
Plaintiff

v.
DAVID L. WINN
Defendant

## ORDER

ZOBEL, D.J.

Petitioner shall file any memorandum addressing the merits of his claims under grounds 1 & 5 by 11/30/05; Respondent's brief shall be filed by 1/7/06.

By the Court,

  s/ Lisa A. Urso  
DEPUTY CLERK

OCT. 19, 2005

To: ALL COUNSEL

ntc.re