UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLADAYO OLADUKUN,<br><br>Petitioner,<br><br>v.<br><br>DAVID L. WINN,<br><br>Respondent. | Civil Action No. 04-40198-RWZ |

**MOTION OF RESPONDENT
FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S MEMORANDUM**

Respondent (also referred to as "Government") respectfully request an extension of 20 days until and through January 27, 2006, to respond to Petitioner's Memorandum. The Government's response is currently due on January 7, 2006, pursuant to the Court's Order of October 19, 2005 (Docket No. 15).

Good cause exists for this request. Undersigned counsel had planned on completing the drafting and filing of the Government's response the week of January 2–6, 2006, but did not receive the Bureau of Prison's (BOP) background information and supporting documentation on Petitioner's Memorandum until January 4, 2006. Further, undersigned counsel was diverted from working on this matter, and many others, because of unexpected and extensive pre-trial proceedings involving the government in the matter of Sheila Porter v. Cabral, et. al., Civ. A. No: 04-CV-11935-DPW, and the related actions involving requests for information from the United States Attorney's Office and the Federal Bureau of Investigation in Porter v. United States Department of Justice, Civ. A. No: 05-12022-DPW, and Cabral v. United States Department of Justice, Civ. A. No: 05-12468-DPW. Dealing with these cases post-trial may also require undersigned counsel's time during the week of January 17–20, 2006. Undersigned counsel will

also be traveling outside of the jurisdiction from January 8–14, 2006, to take depositions and conduct other discovery in the matter of <u>Calhoun v. United States, et. al.</u>, Civ. A. No. 04-10480-RGS.

As a consequence, undersigned counsel will not be able to begin to thoroughly review the background material (which is now complete), confer with the Bureau of Prisons, and complete drafting the Government's response before the week of January 23–27, 2006. The additional 20 days should allow the Government the necessary time to file a proper response.

This Motion is made in good faith and is not made to delay the action, or for any other improper purpose. Therefore, the Government respectfully requests that the Court grant this Motion and approve the proposed extension of time to respond up to and including January 27, 2006.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney
          District of Massachusetts

By:    /s/ Anton P. Giedt
        Anton P. Giedt
        Assistant U.S. Attorneys
        1 Courthouse Way
        Boston, MA 02210
        617-748-3309 (Voice)
        617-748-3967 (Fax)
        anton.giedt@usdoj.gov

**LOCAL RULE 7.1 CERTIFICATE**

As the Petitioner is acting Pro Se and detained within the Federal Bureau of Prisons, undersigned counsel respectfully requests waiver of the conference requirements of L.R. 7.1.  A copy of this Motion has been served on the Pro Se Petitioner.

    /s/ Anton P. Giedt   1/06/2006
Anton P. Giedt
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                                                     Boston, Massachusetts
DATE:  January 6, 2006

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Petitioner by First Class Mail by placing it in the mail room of the U.S. Attorney's Office, District of Massachusetts.

    /s/ Anton P. Giedt
Anton P. Gledt
Assistant U.S. Attorney

**PRO SE  PLAINTIFF:**
Oladayo Oladukun
# 21480-037
Inmate Mail
42 Patton Road
Box 879
FMC Devens
Ayer, MA  01432

**AGENCY COUNSEL**:
Ann Zgrodnik
FMC Devens
Box 880
Ayer, MA 01432
978-796-1043 (Voice)
978-796-1040(Fax)
azggrdnik@bop.gov