UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLADAYO OLADOKUN,<br><br>Petitioner,<br><br>v.<br><br>DAVID L. WINN,<br><br>Respondent. | Civil Action No. 04-40198-RWZ |

**RESPONDENT'S MOTION TO DISMISS PETITIONER'S PETITION FOR HABEAS CORPUS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Petitioner Oladayo Oladokun (Petitioner), Register Number 21480-037, is a federal inmate who was incarcerated at the Federal Medical Center, Devens, Massachusetts (FMC Devens) from December 9, 2003, through January 12, 2005. As a result of the Memorandum of Decision issued by this Court on August 16, 2005 (Docket No.: 13), dismissing grounds 2,3 and 4, and preserving grounds 1 and 5 of Petitioner's original Petition (Docket No.: 1), Petitioner amended his Petition to only include grounds 1 and 5 (Docket No.: 14 and Clerk's entry of October 19, 2005), and then filed a Memorandum of Law (Docket No.: 16), addressing the merits of his claims under grounds 1 and 5.

As to ground 1, Petitioner claims that he received Incident Report Number 1238464 for fighting with eight other inmates at FMC Devens (Incident Report Number 1238464(Ground1)). Docket No.: 16, pp. 2-4. He contends that his rights were violated during the discipline hearing. Id. Specifically, Petitioner claims that his Sixth Amendment rights were violated as a result of him being denied witnesses at the hearing. Id. The Discipline Hearing Officer (DHO) disallowed 27 days of Petitioner's good conduct time. As relief, Petitioner requests that the 27 days of good conduct time should be restored. Id.

With respect to ground 5, Petitioner alleges that Respondent abused his official government position by placing him in segregation. Docket No.: 16, pp. 4-7. Petitioner also claims that he was being abused in the Special Housing Unit (SHU) and wanted to be removed from his cell. Id. Petitioner alleges that instead of being moved, staff retaliated by issuing him an incident report which he claims was an attempt to deter him from complaining about the abuse that was taking place in the SHU. Id. He claims that the Unit Discipline Committee (UDC) hearing violated his due process rights when the Incident Report Number

1261968 was served over three working days in violation of 28 C.F.R. §541.15(b) (Incident Report Number 1261968 (Ground 5)).  Id.  Petitioner requests that the 7 days of good conduct time that were disallowed by the DHO be restored.  Thus, Petitioner requests that the Court issue an order restoring the total of 34 days of good conduct time that were disallowed.  Id.

    As explained in the accompanying Memorandum in Support, Petitioner's Petition should be dismissed, or Summary Judgment should be granted to the Respondent as Petitioner has failed to demonstrate that his claims have any substantiation or merit and because the record fully supports the actions taken by the Respondent Bureau of Prisons personnel.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Anton P. Giedt    1/27/2006
Anton P. Giedt
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210
617-748-3309 (Voice)
617-748-3971 (Fax)

**OF COUNSEL**:
Ann H. Zgrodnik
Supervisory Attorney
Federal Bureau of Prisons
Consolidated Legal Center, Devens
P.O. Box 880
Ayer, MA 01432

---

LOCAL RULE 7.1 CERTIFICATE

    As the Petitioner is acting Pro Se and detained within the Federal Bureau of Prisons, undersigned counsel respectfully requests waiver of the conference requirements of L.R. 7.1.  A copy of this Motion has been served on the Pro Se Petitioner.

/s/ Anton P. Giedt   1/27/2006
Anton P. Giedt
Assistant U.S. Attorney

---

CERTIFICATE OF SERVICE

Suffolk, ss.                                                          Boston, Massachusetts
DATE: January 27, 2006

    I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Petitioner by First Class Mail by placing it in the mail room of the U.S. Attorney's Office, District of Massachusetts.

/ s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

---

**PRO SE PLAINTIFF:**
Oladayo Oladukun
# 21480-037
Inmate Mail
Petersburg, VA

**AGENCY COUNSEL**:
Ann Zgrodnik
FMC Devens
Box 880
Ayer, MA 01432
978-796-1043 (Voice)
978-796-1040(Fax)
azggrdnik@bop.gov