UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OLADAYO OLADOKUN,

   Plaintiff,

   v.

DAVID WINN.,

   Defendant.

Civil Action No. 04-40198-RWZ

MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

# EXHIBIT A

## DECLARATION OF ANN H. ZGRODNIK
## ATTORNEY ADVISOR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

OLADAYO OLADOKUN, )
      Petitioner, )
)
) Civ. Action No. 04-40198-RWZ
v. )
)
DAVID L. WINN, )
      Respondent. )
)

### DECLARATION OF ANN H. ZGRODNIK

I, Ann H. Zgrodnik, hereby make the following declaration:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons as an Attorney Advisor at the Federal Medical Center (FMC) located in Devens, Massachusetts. I have been employed with the Federal Bureau of Prisons since February, 2002.

2. In order to perform my official duties as an Attorney Advisor, I have access to BOP records and databases regarding federal prisoners including, but not limited to, documentary records, inmate Judgment and Commitment files, and computerized records maintained on SENTRY the Bureau of Prisons computerized data base.

3. Attached hereto, please find true and correct copies of the following documents:
   a. Public Information Data Sheet for Inmate Oladayo Oladokun, Register Number 21480-037;
   b. Incident Report Number 1261968;
   c. Advisement of UDC Hearing Delay dated September 20, 2004;
   d. Notice of Discipline Hearing Before The DHO;
   e. Inmate Rights at Discipline Hearing;
   f. Duties of Staff Representative dated September 21, 2004;
   g. Duties of Staff Representative dated September 23, 2004;
   h. Discipline Hearing Officer Report for Incident Report Number 1261968;
   I. Memorandum For Central File dated October 8, 2004;
   j. Regional Administrative Remedy Appeal, Case Number 356361-R1, and Response;
   k. Central Office Administrative Remedy Appeal, Case Number 356361-A1, and Response;
   l. Incident Report Number 1238464;
   m. Memorandum From SIS Lieutenant A. Colon;

Exhibit A/ p. 2

n. Advisement of UDC Hearing Delay dated October 5, 2004;
o. Notice of Discipline Hearing Before The DHO;
p. Inmate Rights at Discipline Hearing;
q. Duties of Staff Representative;
r. Discipline Hearing Officer Report for Incident Report Number 1238464;
s. Regional Administrative Remedy, Case Number 359103-R1, and Response;
t. Central Office Administrative Remedy, Case Number 359103-A1, and Response.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 3rd day of January, 2006.

Ann H. Zgrodnik
Attorney Advisor
Federal Medical Center
Devens, Massachusetts

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OLADAYO OLADOKUN,

Plaintiff,
v.
DAVID WINN.,

Defendant.

Civil Action No. 04-40198-RWZ

MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

# DOCUMENT 1a

## TO

# EXHIBIT A

## DECLARATION OF ANN H. ZGRODNIK
## ATTORNEY ADVISOR

```
REGNO..: 21480-037  NAME: OLADOKUN, OLADAYO ADELEKE
COMP NO: 020        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: PEM / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 804-504-7200    FAX: 804-504-7204
                                             RACE/SEX...: BLACK / MALE
FBI NUMBER.: 899244PA2                       DOB/AGE....: 03-03-1973 / 32
PROJ REL MT: GOOD CONDUCT TIME RELEASE       PAR ELIG DT: N/A
PROJ REL DT: 10-29-2006                      PAR HEAR DT:
------------------------------ ADMIT/RELEASE HISTORY --------------------------
FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME  STOP  DATE/TIME
PEM    A-DES      DESIGNATED, AT ASSIGNED FACIL 02-08-2005 1544 CURRENT
B09    RELEASE    RELEASED FROM IN-TRANSIT FACL 02-08-2005 1544 02-08-2005 1544
B09    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-08-2005 0442 02-08-2005 1544
ATL    HLD REMOVE HOLDOVER REMOVED              02-08-2005 0442 02-08-2005 0442
ATL    A-HLD      HOLDOVER, TEMPORARILY HOUSED  02-07-2005 1856 02-08-2005 0442
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 02-07-2005 1856 02-07-2005 1856
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-07-2005 0925 02-07-2005 1856
OKL    HLD REMOVE HOLDOVER REMOVED              02-07-2005 0825 02-07-2005 0825

G0002        MORE PAGES TO FOLLOW . . .
```

Exhibit A/ p. 5

```
   DEVCH                    *  PUBLIC INFORMATION *            12-29-2005
PAGE 002                    *    INMATE DATA      *              08:21:21
                               AS OF 12-29-2005

REGNO..: 21480-037 NAME: OLADOKUN, OLADAYO ADELEKE
COMP NO: 020          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: PEM / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 804-504-7200   FAX: 804-504-7204
OKL    A-BOP HLD   HOLDOVER FOR INST TO INST TRF  01-12-2005 1840 02-07-2005 0825
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL  01-12-2005 1940 01-12-2005 1940
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-12-2005 0958 01-12-2005 1940
DEV    TRANSFER    TRANSFER                       01-12-2005 0958 01-12-2005 0958
DEV    A-DES       DESIGNATED, AT ASSIGNED FACIL  12-09-2003 1246 01-12-2005 0958
S37    RELEASE     RELEASED FROM IN-TRANSIT FACL  12-09-2003 1246 12-09-2003 1246
S37    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-09-2003 0656 12-09-2003 1246
BRO    HLD REMOVE  HOLDOVER REMOVED               12-09-2003 0656 12-09-2003 0656
BRO    A-BOP HLD   HOLDOVER FOR INST TO INST TRF  11-07-2003 0350 12-09-2003 0656
B15    RELEASE     RELEASED FROM IN-TRANSIT FACL  11-07-2003 0350 11-07-2003 0350
B15    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-06-2003 2337 11-07-2003 0350
FAI    TRANSFER    TRANSFER                       11-06-2003 2337 11-06-2003 2337
FAI    A-DES       DESIGNATED, AT ASSIGNED FACIL  01-28-2000 1130 11-06-2003 2337


G0002        MORE PAGES TO FOLLOW . . .
```

Exhibit A/ p. 6

```
 DEVCH                       PUBLIC INFORMATION                     12-29-2005
PAGE 003           *            INMATE DATA             *            08:21:21
                              AS OF 12-29-2005

REGNO..: 21480-037 NAME: OLADOKUN, OLADAYO ADELEKE
COMP NO: 020         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: PEM / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 804-504-7200   FAX: 804-504-7204
PRE-RELEASE PREPARATION DATE: 04-29-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  10-29-2006 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------

COURT OF JURISDICTION...........: MARYLAND
DOCKET NUMBER...................: 8:96CR00285-001
JUDGE...........................: WILLIAMS
DATE SENTENCED/PROBATION IMPOSED: 07-07-1997
DATE COMMITTED..................: 08-08-1997
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

G0002         MORE PAGES TO FOLLOW . . .
```

Exhibit A/ p.    7

```
   DEVCH   Case 4:04-cv-40198-RWZ    PUBLIC INFORMATION 01/31/2006   Page 8 of 17-29-2005
  PAGE 004           *              Document 19-2   Filed              *        08:21:21
                                    INMATE DATA
                                 AS OF 12-29-2005
```

```
REGNO..: 21480-037 NAME: OLADOKUN, OLADAYO ADELEKE
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: PEM / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 804-504-7200   FAX: 804-504-7204

                   FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:    $450.00         $00.00           $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO    SERVICES:  NO         AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 136
OFF/CHG: 18:922(G)(1) FELON IN POSSESSION OF A FIREARM

 SENTENCE PROCEDURE.............: 3559 VCCLEA NON-VIOLENT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  125 MONTHS
 TERM OF SUPERVISION............:    3 YEARS


G0002         MORE PAGES TO FOLLOW . . .
```

```
 REGNO..: 21480-037 NAME: OLADOKUN, OLADAYO ADELEKE
 COMP NO: 020          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
 FUNC...: DIS         RESP OF: PEM / DESIGNATED, AT ASSIGNED FACIL
                       PHONE..: 804-504-7200    FAX: 804-504-7204
  DATE OF OFFENSE................: 10-12-1995

-------------------------CURRENT OBLIGATION NO: 020 -------------------------
 OFFENSE CODE....:  156
 OFF/CHG: 18:1344  BANK FRAUD  (8 COUNTS)

   SENTENCE PROCEDURE.............: 3559 VCCLEA NON-VIOLENT SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:   125 MONTHS
   TERM OF SUPERVISION............:     5 YEARS
   RELATIONSHIP OF THIS OBLIGATION
    TO OTHERS FOR THE OFFENDER....: CC 020,010
   DATE OF OFFENSE................: 02-08-1996


 G0002      MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 21480-037 NAME: OLADOKUN, OLADAYO ADELEKE
COMP NO: 020       ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: PEM / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 804-504-7200    FAX: 804-504-7204

------------------------CURRENT COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 11-09-2004 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010, 020 020

DATE COMPUTATION BEGAN..........: 07-07-1997
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 VCCLEA NON-VIOLENT
TOTAL TERM IN EFFECT............:    125 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     10 YEARS       5 MONTHS
AGGREGATED TERM OF SUPERVISION..:      5 YEARS
EARLIEST DATE OF OFFENSE........: 10-12-1995

G0002         MORE PAGES TO FOLLOW . . .
```

```
                         PUBLIC INFORMATION
                            INMATE DATA
                          AS OF 12-29-2005

REGNO..: 21480-037 NAME: OLADOKUN, OLADAYO ADELEKE
COMP NO: 020       ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: PEM / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 804-504-7200   FAX: 804-504-7204

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                     10-12-1995    10-12-1995
                                     11-27-1995    11-28-1995
                                     02-06-1996    02-06-1996
                                     04-08-1996    04-19-1996
                                     08-13-1996    08-16-1996
                                     09-27-1996    09-27-1996
                                     11-06-1996    11-07-1996
                                     04-29-1997    07-06-1997

TOTAL PRIOR CREDIT TIME.........: 92
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 311

G0002       MORE PAGES TO FOLLOW . . .
```

```
 DEVCH            *      PUBLIC INFORMATION       *      12-29-2005
PAGE 008                     INMATE DATA                  08:21:21
                           AS OF 12-29-2005
```
Case 4:04-cv-40198-RWZ   Document 19-2   Filed 01/31/2006   Page 12 of 17

```
REGNO..: 21480-037 NAME: OLADOKUN, OLADAYO ADELEKE
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: PEM / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 804-504-7200   FAX: 804-504-7204
TOTAL GCT EARNED.................: 227
STATUTORY RELEASE DATE PROJECTED: 10-29-2006
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 09-05-2007


PROJECTED SATISFACTION DATE.....: 10-29-2006
PROJECTED SATISFACTION METHOD...: GCT REL




G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 21480-037 NAME: OLADOKUN, OLADAYO ADELEKE
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: PEM / DESIGNATED, AT ASSIGNED FACIL

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  07-07-1995 VIA FT REL

-------------------------PRIOR JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION............: MARYLAND
DOCKET NUMBER....................: 92-1841P
JUDGE............................: KENKEL
DATE SENTENCED/PROBATION IMPOSED: 10-20-1993
DATE PROBATION REVOKED...........: 12-12-1994
TYPE OF PROBATION REVOKED........: REG
DATE COMMITTED...................: 03-13-1995
HOW COMMITTED....................: PROBATION VIOL (US OR DC CD)
PROBATION IMPOSED................: NO

G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 21480-037 NAME: OLADOKUN, OLADAYO ADELEKE
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: PEM / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 804-504-7200    FAX: 804-504-7204


RESTITUTION...:  PROPERTY:  NO    SERVICES:  NO         AMOUNT:  $00.00

---------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  389
OFF/CHG: POSS OF CONTROLLED SUBSTANCE, MARIJUANA- 21:844

 SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    120 DAYS
 DATE OF OFFENSE................: 04-29-1994



G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 21480-037 NAME: OLADOKUN, OLADAYO ADELEKE
COMP NO: 010          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: PEM / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 804-504-7200    FAX: 804-504-7204

-------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-22-1995 AT CBR AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 03-13-1995
TOTAL TERM IN EFFECT............:   120 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    3 MONTHS    28 DAYS
EARLIEST DATE OF OFFENSE........: 04-29-1994

JAIL CREDIT.....................:    FROM DATE    THRU DATE

G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 21480-037 NAME: OLADOKUN, OLADAYO ADELEKE
COMP NO: 010       ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: PEM / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 804-504-7200    FAX: 804-504-7204
                              12-09-1992    12-09-1992


TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 07-09-1995
SIX MONTH /10% DATE.............: 06-28-1995
EXPIRATION FULL TERM DATE.......: 07-09-1995


ACTUAL SATISFACTION DATE........: 07-07-1995
ACTUAL SATISFACTION METHOD......: FT REL
ACTUAL SATISFACTION FACILITY....: CBR

G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 21480-037  NAME: OLADOKUN, OLADAYO ADELEKE
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: PEM / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 804-504-7200   FAX: 804-504-7204
ACTUAL SATISFACTION KEYED BY....: MDS

DAYS REMAINING..................: 0
FINAL PUBLIC LAW DAYS...........: 2




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```