TO : THE CLERK OF THE COURT

    U.S DISTRICT COURT

    1 Courthouse way suite 9200

    BOSTON , MA,02210



FROM : OLADAYO OLADOKUN

    9510 Underwood st

    Seabrook,MD ,20706

CIVIL CASE :04-40198 RWZ

        May 18, 2006

RE: OLADAYO OLADOKUN VS DAVID WINN

    plaintiff        respondent

Please be advice that my address no longer reflect P.O BOX 90043 Peterburg , VA, 23804. I would like to inform you that my new address is in this letter that is been sent, therefore could you makesure that the court record reflect my new address in this matter. . Thank you for your time in this matter.

        Sinecerly Yours,

        Oladayo Oladokun