UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLADAYO OLADOKUN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DAVID L. WINN,<br><br>　　　　　Respondent. | Civil Action No.  04-40198-RWZ |

**RESPONDENT'S MOTION FOR RECONSIDERATION
TO MODIFY THE COURT'S RULING ON COUNT 1
IN ITS MEMORANDUM OF DECISION – DOCKET No. 22**

　　On May 25, 2006, the Court issued a Memorandum of Decision (Docket No. 22) regarding the remaining counts (counts 1 and 5) of Petitioner's petition for writ of habeas corpus.  The Court denied Respondents's Motion to Dismiss and/or for Summary Judgment as to Count 1 (alleged denial of procedural due process in disciplinary proceedings and request for restoration of 27 days of good conduct time), and granted Respondent's Motion with respect to Count 5 (alleged denial of procedural due process for delayed issuance of incident report and request for restoration of 7 days of good conduct time).  Concurrent with the Memorandum of Decision the Court also set a status conference for June 27, 2006 (Docket Entry of May 25, 2006).

　　Respondent concurs with the Court's determination on Count 5.  With respect to Count 1, Respondent respectfully requests that the Court modify its ruling to include a remand of the matter to the Bureau of Prisons for reconsideration or further proceedings consistent with the Court's observations regarding Count 1 in its Memorandum of Decision (Docket No. 22 at pp. 1-3), within a fixed period of time.  See  Roussos v. Menifee, 122 F.3d 159, 164 (3d Cir. 1997) (finding in favor of petitioner but remanding to District Court with directions to remand to Bureau of Prisons

for further proceedings consistent with the opinion of the Court of Appeals); Billiteri v. United States Board of Parole, 541 F.2d 938, 943-44 (2d Cir. 1976) (where an issue (inadequate Parole Board proceedings) has been properly brought before the court in a habeas corpus proceeding the only remedy that the court can give is to order the Board to correct its prior conduct within a fixed period of time, after which, in the case of non-compliance, the court can grant the writ of habeas corpus and order the requested relief); Mitchell v. Andrews, 235 F.Supp.2d 1085 (E.D. Cal. 2001) (Petitioner's application for a writ of habeas corpus granted, case remanded to the Bureau of Prisons for reconsideration of petitioner's eligibility to the Residential Drug Abuse Program in light of the views expressed in Magistrate Judge's recommendation); Grove v. Bureau of Prisons, 141 F.3d 1168 (Table), Unpublished Disposition, 1998 WL 75917, 8th Cir.(Minn.), Feb 25, 1998. (remand to district court with instructions to refer the case to the Bureau of Prisons to properly consider petitioner's eligibility for a sentence reduction under 18 U.S.C. § 3621(e)(2)(B)).

    Respectfully submitted,

    UNITED STATES OF AMERICA

    MICHAEL J. SULLIVAN
    United States Attorney

**OF COUNSEL**:
Ann H. Zgrodnik
Supervisory Attorney
Federal Bureau of Prisons
Consolidated Legal Center, Devens
P.O. Box 880
Ayer, MA 01432
978-796-1043 (Voice)
978-796-1040 (Fax)
azggrdnik@bop.gov

By: /s/ Anton P. Giedt    6/05/2006
Anton P. Giedt
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210
617-748-3309 (Voice)
617-748-3971 (Fax)
anton.giedt@usdoj.gov
BBO No.: 563928

LOCAL RULE 7.1 CERTIFICATE

As the Petitioner is acting Pro Se and and under the custody of the Federal Bureau of Prisons, undersigned counsel respectfully requests waiver of the conference requirements of L.R. 7.1. A copy of this Motion has been served on the Pro Se Petitioner.

/s/ Anton P. Giedt   6/5/2006
Anton P. Giedt
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Suffolk, ss.                                                                                             Boston, Massachusetts
                                                                                                         DATE: June 5, 2006

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Petitioner by First Class Mail by placing it in the mail room of the U.S. Attorney's Office, Distirct of Massachusetts.

/s/ Anton P. Giedt
Anton P. Gledt
Assistant U.S. Attorney

**PRO SE  PLAINTIFF:**
Oladayo Oladukun
# 21480-037
9510 Underwood Street
Seabrook, MA  20706

**AGENCY COUNSEL**:
Ann Zgrodnik
FMC Devens
Box 880
Ayer, MA 01432
978-796-1043 (Voice)
978-796-1040(Fax)
azggrdnik@bop.gov