UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40198-RWZ

OLADAYO OLADOKUN

v.

DAVID L. WINN

JUDGMENT

AUGUST 11, 2006

ZOBEL, D.J.

    Petitioner has voluntarily withdrawn Grounds 2, 3, and 4 of his petition for a writ of habeas corpus.

    The court allowed respondent's motion to dismiss as to Ground 5 and denied the motion as to Ground 1 and then allowed respondent's motion for reconsideration as to Ground 1.

    Therefore, in accordance with the Court's rulings,

    It is Ordered,

    1.  That Ground 5 is dismissed

    2.  That Ground 1 is remanded to the Bureau of Prisons for further proceedings consistent with the court's observations regarding Ground 5 in its Memorandum of Decision dated May 25, 2006.


 August 6, 2006               /s/Rya W. Zobel
    DATE                    RYA W. ZOBEL
                            UNITED STATES DISTRICT JUDGE