**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| OLADAYO OLADOKUN, | |
| Petitioner, | |
| v. | **Civil Action No.  04-40198-RWZ** |
| DAVID L. WINN, | |
| Respondent. | |

**RESPONDENT'S NOTICE OF COMPLETION OF PROCEEDINGS UPON REMAND**

On August 11, 2006, the Court issued a Judgement (Docket No. 24) dismissing Ground 5 of Petitioner's Petition and remanding Ground 1 to the Bureau of Prisons (BOP) for further proceedings consistent with the Court' Memorandum of Decision of May 25, 2006 (Docket No. 22).  In accordance with the Court's remand the BOP re-initiated hearing proceedings with respect to Ground 1.  As a result of that process the BOP concluded that there was insufficient notice or evidence to support the charge as it was written in paragraph 11 on the Incident Report (the basis for Ground 1 of Petitioner's Petition).  See Exhibit A, Inmate Discipline Data Chronological Disciplinary Record, at page 1.  As a consequence, the charge has been expunged from the Petitioner's record (Id.), Petitioner's Good Conduct Time of 27 Days has been reinstated, and his projected release date (PRD) has been corrected from October 29, 2006, to his new PRD of October 9, 2006.  Exhibit B, Sentence Monitoring Good Time Data.

The Petitioner was informed of these changes and of his new release date through the Residential Re-Entry Center in Washington, D.C., where he was previously housed.  The Petitioner is currently living at 9510 Underwood Drive, Lanham, Maryland, 20706, his designated release residence, under supervised release, and his full release will become effective October 9, 2006.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Anton P. Giedt    10/06/04
Anton P. Giedt
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210
617-748-3309 (Voice)
617-748-3971 (Fax)
anton.giedt@usdoj.gov
BBO No.:  563928

---

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                        Boston, Massachusetts
                                                                   DATE: October 6, 2006

   I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Petitioner by First Class Mail by placing it in the mail room of the U.S. Attorney's Office, Distirct of Massachusetts.

                                        /s/ Anton P. Giedt
                                        Anton P. Gledt
                                        Assistant U.S. Attorney

---

**PRO SE  PLAINTIFF:**          **AGENCY COUNSEL**:
Oladayo Oladokun               Patrick Ward
9510 Underwood Drive           FMC Devens
Lanham, Maryland  20706        Box 880
                               Ayer, MA 01432
                               978-796-1043 (Voice)
                               978-796-1040(Fax)
                               azggrdnik@bop.gov

---