EXHIBIT A
Oladokun v. Winn: 04-40198-RWZ
Notice of Completion of Proceedings Upon Remand

```
NERH4                 *       INMATE DISCIPLINE DATA          *     09-13-2006
PAGE 001              *    CHRONOLOGICAL DISCIPLINARY RECORD   *     10:38:36

REGISTER NO: 21480-037  NAME..: OLADOKUN, OLADAYO ADELEKE
FUNCTION...: PRT        FORMAT: SPECIAL      LIMIT TO ___ MOS PRIOR TO 09-13-2006

***************** INCIDENT REPORT 1252322 IS FOR RESTRICTED USE ONLY *********
REPORT NUMBER/STATUS.: 1252322 - EXPUNGED
REPORT DATE/TIME.....: 08-17-2004 2300
FACL/STAT UPDATED BY.: DEV/P.LYONS
REPORT REMARKS.......: PER THE SHU/MHU LT. THERE WASN'T ENOUGH INFORMATION TO C
                       ONTINUE PROCESSING THIS REPORT
     CHARGES: 307  REFUSING TO OBEY AN ORDER
              497  PHONE ABUSE, NON-CRIMINAL
************************ END OF RESTRICTED ENTRY ****************************
***************** INCIDENT REPORT 1238464 IS FOR RESTRICTED USE ONLY *********
REPORT NUMBER/STATUS.: 1238464 - EXPUNGED    INCIDENT DATE/TIME: 05-30-2004 1453
DHO HEARING DATE/TIME: 09-12-2006 1400
FACL/CHAIRPERSON.....: PEM/HISE,C
APPEAL CASE NUMBER(S): 359103
REPORT REMARKS.......: UPON REVIEW, EVIDENCE NOR SECTION 11 SUPPORT A VIOLATION
                       OF ANY PROHIBITED ACT.
     CHARGES: 201  FIGHTING WITH ANOTHER PERSON
************************ END OF RESTRICTED ENTRY ****************************
REPORT NUMBER/STATUS.: 1435126 - SANCTIONED  INCIDENT DATE/TIME: 02-16-2006 1345
UDC HEARING DATE/TIME: 04-11-2006 1900
FACL/UDC/CHAIRPERSON.: PEM/C/BRODIE
REPORT REMARKS.......: /
     307  REFUSING TO OBEY AN ORDER - FREQ: 1
          LP VISIT   / 30 DAYS / CS / SUSPENDED 180 DAYS
          COMP:    LAW:    LOSS OF VISITS FOR 30 DAYS, SUSPENDED FOR CLEAR
                           CONDUCT 30 DAYS. (I/M IS LT 30 DAYS FROM REL.)
***************** INCIDENT REPORT 1435126 IS FOR RESTRICTED USE ONLY *********
REPORT NUMBER........: 1238464 (REHEARD 09-12-2006 1400)
DHO HEARING DATE/TIME: 11-08-2004 1400
************************ END OF RESTRICTED ENTRY ****************************
REPORT NUMBER/STATUS.: 1261968 - SANCTIONED  INCIDENT DATE/TIME: 09-14-2004 2030
DHO HEARING DATE/TIME: 09-23-2004 1040
FACL/CHAIRPERSON.....: DEV/BRACY, D.
APPEAL CASE NUMBER(S): 356361
REPORT REMARKS.......: EVIDENCE SUPPORTS CODE 399, REFUSING TO ACCEPT CELL-MATE
                       IN SHU UNTIL LIEUTENANT INTERVENED. INMATE ADMITS.
     399  DISRUPTIVE CONDUCT-MODERATE - FREQ: 1
          DIS GCT    / 7 DAYS / CS
          COMP:020 LAW:N   SANCTIONED IN ACCORDANCE WITH P.S. 5270.07.
          DS         / 10 DAYS / CS
          COMP:    LAW:    10-DAYS DISCIPLINARY SEGREGATION.




G0002         MORE PAGES TO FOLLOW . . .
```

EXHIBIT A
Oladokun v. Winn: 04-40198-RWZ
Notice of Completion of Proceedings Upon Remand

```
NERH4              *     INMATE DISCIPLINE DATA           *     09-13-2006
PAGE 002           *   CHRONOLOGICAL DISCIPLINARY RECORD  *     10:38:36

REGISTER NO: 21480-037  NAME..: OLADOKUN, OLADAYO ADELEKE
FUNCTION...: PRT        FORMAT: SPECIAL    LIMIT TO ___ MOS PRIOR TO 09-13-2006
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1252655 - SANCTIONED  INCIDENT DATE/TIME: 08-18-2004 1240
DHO HEARING DATE/TIME: 09-20-2004 0950
FACL/CHAIRPERSON.....: DEV/BRACY, D.
APPEAL CASE NUMBER(S): 356360
REPORT REMARKS.......: EVIDENCE SUPPORTS CODE 398, UNNECESSARY ACTIVATION OF
                       CELL EMERGENCY/DURESS BUTTON IN SHU. INMATE ADMITS.
    398  INTERFERING W/STAFF-MODERATE - FREQ: 1
         LP COMM     / 3 MONTHS / CS
         COMP:     LAW:    3-MONTHS LOSS OF COMMISSARY PRIVILEGES.
                           SANCTION BEGINS ON 9/20/04.
         LP PHONE    / 3 MONTHS / CS / SUSPENDED 180 DAYS
         COMP:     LAW:    3-MONTHS LOSS OF SOCIAL TELEPHONE PRIVILEGES,
                           SUSPENDED PENDING CLEAR CONDUCT FOR 180 DAYS.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1149409 - SANCTIONED  INCIDENT DATE/TIME: 10-04-2003 1800
DHO HEARING DATE/TIME: 10-21-2003 0820
FACL/CHAIRPERSON.....: FAI/KULICK D
REPORT REMARKS.......: INMATE ADMITS REFUSING A CELL MATE
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DS          / 15 DAYS / CS
         COMP:     LAW:
****************** INCIDENT REPORT 1134026 IS FOR RESTRICTED USE ONLY *********
REPORT NUMBER/STATUS.: 1134026 - EXPUNGED   INCIDENT DATE/TIME: 08-17-2003 1455
DHO HEARING DATE/TIME: 09-04-2003 0840
FACL/CHAIRPERSON.....: FAI/KULICK D
REPORT REMARKS.......: EVIDENCE SUPPORTS EXPUNGEMENT
   CHARGES: 203  THREATENING BODILY HARM
************************** END OF RESTRICTED ENTRY ****************************
REPORT NUMBER/STATUS.: 1123923 - SANCTIONED  INCIDENT DATE/TIME: 07-17-2003 1100
DHO HEARING DATE/TIME: 08-07-2003 0910
FACL/CHAIRPERSON.....: FAI/KULICK D
REPORT REMARKS.......: INMATE ADMITS
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DS          / 15 DAYS / CS
         COMP:     LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1101394 - SANCTIONED  INCIDENT DATE/TIME: 05-05-2003 1430
DHO HEARING DATE/TIME: 06-10-2003 0840
FACL/CHAIRPERSON.....: FAI/KULICK D
REPORT REMARKS.......: INMATE ADMITS
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DS          / 15 DAYS / CS
         COMP:     LAW:    SANCTION DEMONSTRATES SERIOUSNESS OF OFFENSE



G0002          MORE PAGES TO FOLLOW . . .
```

EXHIBIT A
Oladokun v. Winn: 04-40198-RWZ
Notice of Completion of Proceedings Upon Remand

```
NERH4                *      INMATE DISCIPLINE DATA        *    09-13-2006
PAGE 003             *   CHRONOLOGICAL DISCIPLINARY RECORD *    10:38:36

REGISTER NO: 21480-037 NAME..: OLADOKUN, OLADAYO ADELEKE
FUNCTION...: PRT    FORMAT: SPECIAL    LIMIT TO ___ MOS PRIOR TO 09-13-2006

***************** INCIDENT REPORT 1088756 IS FOR RESTRICTED USE ONLY *********
REPORT NUMBER/STATUS.: 1088756 - EXPUNGED   INCIDENT DATE/TIME: 03-26-2003 1635
DHO HEARING DATE/TIME: 05-08-2003 0900
FACL/CHAIRPERSON.....: FAI/KULICK D
REPORT REMARKS.......: GREATER WEIGHT OF EVIDENCE DOES NOT SUPPORT CHARGE
   CHARGES: 224A ASSAULTING W/O SERIOUS INJURY
************************* END OF RESTRICTED ENTRY ***************************
REPORT NUMBER/STATUS.: 1093491 - SANCTIONED INCIDENT DATE/TIME: 04-10-2003 0545
UDC HEARING DATE/TIME: 04-21-2003 1045
FACL/UDC/CHAIRPERSON.: FAI/A/HALL
REPORT REMARKS.......: INMATE COMMITTED THE ACT. SANCTIONS IMPOSED TO REFLECT
                       THE SERIOUSNESS OF THE OFFENSE.
    305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         LP COMM    / 90 DAYS / CS
         COMP:    LAW:    LOSS OF COMMISSARY FROM 4/21/03 - 7/19/03.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1093492 - SANCTIONED INCIDENT DATE/TIME: 04-10-2003 0545
DHO HEARING DATE/TIME: 04-17-2003 0935
FACL/CHAIRPERSON.....: FAI/KULICK D
REPORT REMARKS.......: INMATE DENIES THE PILLS WERE HIS, BUT STATES HE DID PUT
                       THEM IN HIS BAG
    331  POSSESSNG A NON-HAZARDOUS TOOL - FREQ: 1
         LP PHONE   / 90 DAYS / CS
         COMP:    LAW:    SANCTION TO DETER FUTURE MISCONDUCT
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1088560 - SANCTIONED INCIDENT DATE/TIME: 03-26-2003 1725
DHO HEARING DATE/TIME: 04-08-2003 1020
FACL/CHAIRPERSON.....: FAI/KULICK D
REPORT REMARKS.......: INMATE DENIES, STATES HE WOULD GIVE THE CLOTHES UP
                       WHEN THEY DRIED
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP COMM    / 90 DAYS / CS
         COMP:    LAW:    SANCTION DEMONSTRATES SERIOUSNESS OF OFFENSE
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1049756 - SANCTIONED INCIDENT DATE/TIME: 11-12-2002 1822
DHO HEARING DATE/TIME: 12-03-2002 1225
FACL/CHAIRPERSON.....: FAI/KULICK D
APPEAL CASE NUMBER(S): 289287
REPORT REMARKS.......: INMATE COMMITTED ACT
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:020 LAW:N   SANCTION DEMONSTRATES SERIOUSNESS OF OFFENSE
         DS         / 30 DAYS / CS
         COMP:    LAW:    SANCTION DEMONSTRATES SERIOUSNESS OF OFFENSE




G0002        MORE PAGES TO FOLLOW . . .
```

EXHIBIT A
Oladokun v. Winn: 04-40198-RWZ
Notice of Completion of Proceedings Upon Remand

```
NERH4              *       INMATE DISCIPLINE DATA          *    09-13-2006
PAGE 004           *    CHRONOLOGICAL DISCIPLINARY RECORD  *    10:38:36

REGISTER NO: 21480-037 NAME..: OLADOKUN, OLADAYO ADELEKE
FUNCTION...: PRT       FORMAT: SPECIAL   LIMIT TO ___ MOS PRIOR TO 09-13-2006
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 978756 - SANCTIONED  INCIDENT DATE/TIME: 03-30-2002 1855
DHO HEARING DATE/TIME: 04-11-2002 1030
FACL/CHAIRPERSON.....: FAI/PYSHER
APPEAL CASE NUMBER(S): 270543
REPORT REMARKS.......: ADMITTED CHARGES
    203  THREATENING BODILY HARM - FREQ: 1 ATI: IN1
         DIS GCT    / 14 DAYS / CS
         COMP:020 LAW:N   TO DETER FUTURE MISCONDUCT
         DS         / 15 DAYS / CS
         COMP:    LAW:    TO DETER FUTURE MISCONDUCT
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 977436 - SANCTIONED  INCIDENT DATE/TIME: 03-26-2002 1430
UDC HEARING DATE/TIME: 04-02-2002 1900
FACL/UDC/CHAIRPERSON.: FAI/A/T.LOMBARDI
APPEAL CASE NUMBER(S): 264981
REPORT REMARKS.......: INMATE STATED THE INCIDENT REPORT IS NOT TRUE.
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP COMM    / 45 DAYS / CS
         COMP:    LAW:    45 DAYSD COMMISSARY RESTRICTION STARTING 04-02-02
                          RESTORATION 05-17-02.
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP OTHER   / 30 DAYS / CS
         COMP:    LAW:    30 DAYS RECREATION RESTRICTION STARTING 04-03-02
                          RESTORATION 05-03-02
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 892109 - SANCTIONED  INCIDENT DATE/TIME: 05-30-2001 2040
DHO HEARING DATE/TIME: 06-19-2001 1210
FACL/CHAIRPERSON.....: FAI/PYSHER
APPEAL CASE NUMBER(S): 245181
REPORT REMARKS.......: SANCTIONS TO DEMONSTRATE THE SERIOUSNESS OF THE OFFENSE
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 2
         DIS GCT    / 27 DAYS / CS
         COMP:020 LAW:N   TO DETER FUTURE MISCONDUCT
         DS         / 30 DAYS / CS
         COMP:    LAW:    TO PROVIDE PUNISHMENT FOR THIS OFFENSE
         DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:    TO DETER FUTURE MISCONDUCT
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 886067 - SANCTIONED  INCIDENT DATE/TIME: 05-22-2001 1420
UDC HEARING DATE/TIME: 05-25-2001 1250
FACL/UDC/CHAIRPERSON.: FAI/B/B. RAY
REPORT REMARKS.......: FOUND GUILTY. DID NOT SHOW FOR A DENTAL APT. IN UNIT
                       FROM 2 UNTIL 3 APT. WAS AT 2:30



G0002      MORE PAGES TO FOLLOW . . .
```

EXHIBIT A
Oladokun v. Winn: 04-40198-RWZ
Notice of Completion of Proceedings Upon Remand

```
NERH4              *     INMATE DISCIPLINE DATA              *    09-13-2006
PAGE 005           *    CHRONOLOGICAL DISCIPLINARY RECORD    *    10:38:36

REGISTER NO: 21480-037 NAME..: OLADOKUN, OLADAYO ADELEKE
FUNCTION...: PRT       FORMAT: SPECIAL    LIMIT TO ___ MOS PRIOR TO 09-13-2006

UDC HEARING DATE/TIME: 05-25-2001 1250    REPORT 886067 CONTINUED
   310  BEING ABSENT FROM ASSIGNMENT - FREQ: 1
        EXTRA DUTY  / 15 HOURS / CS
        COMP:    LAW:    15 HOURS EXTRA DUTY
        LP COMM     / 30 DAYS / CS
        COMP:    LAW:
        LP PHONE    / 30 DAYS / CS
        COMP:    LAW:
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 853994 - SANCTIONED   INCIDENT DATE/TIME: 01-21-2001 1500
DHO HEARING DATE/TIME: 05-17-2001 0837
FACL/CHAIRPERSON.....: FAI/PYSHER
APPEAL CASE NUMBER(S): 241293, 235506
REPORT REMARKS.......: NO NEW EVIDENCE SUBMITTED AT HEARING
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DIS GCT     / 14 DAYS / CS
        COMP:020 LAW:N   TO DETER FUTURE MISCONDUCT
        DS          / 30 DAYS / CS
        COMP:    LAW:    TIME SERVED ON FIRST HEARING
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 882804 - SANCTIONED   INCIDENT DATE/TIME: 05-10-2001 1640
UDC HEARING DATE/TIME: 05-11-2001 1245
FACL/UDC/CHAIRPERSON.: FAI/B/ROTH/GONZO
REPORT REMARKS.......: DID NOT COMPLY W/OFFICER'S DIRECTION TO PUT ON A SHIRT
                       WHILE IN THE COMMON AREA OF THE HOUSING UNIT.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP VISIT    / 30 DAYS / CS
        COMP:    LAW:    THRU 6-10-01.
---------------------------------------------------------------------------
REPORT NUMBER........: 853994 (REHEARD 05-17-2001 0837)
DHO HEARING DATE/TIME: 02-22-2001 1406
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 851814 - SANCTIONED   INCIDENT DATE/TIME: 01-24-2001 1115
DHO HEARING DATE/TIME: 01-30-2001 0837
FACL/CHAIRPERSON.....: FAI/PYSHER S
REPORT REMARKS.......: SANCTIONS TO DEMONSTRATE THE SERIOUSNESS OF THE OFFENSE
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        DIS GCT     / 13 DAYS / CS
        COMP:020 LAW:N   TO DETER FUTURE MISCONDUCT
        DS          / 7 DAYS / CS
        COMP:    LAW:    SANCTIONS TO DEMONSTRATE THE SERIOUSNESS OF THE
                        OFFENSE
        DS          / 8 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    TO DETER FUTURE MISCONDUCT




G0002         MORE PAGES TO FOLLOW . . .
```

EXHIBIT A
Oladokun v. Winn: 04-40198-RWZ
Notice of Completion of Proceedings Upon Remand

```
NERH4              *       INMATE DISCIPLINE DATA              *    09-13-2006
PAGE 006           *   CHRONOLOGICAL DISCIPLINARY RECORD        *    10:38:36

REGISTER NO: 21480-037  NAME..: OLADOKUN, OLADAYO ADELEKE
FUNCTION...: PRT        FORMAT: SPECIAL    LIMIT TO ___ MOS PRIOR TO 09-13-2006
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 845272 - SANCTIONED   INCIDENT DATE/TIME: 12-31-2000 1824
UDC HEARING DATE/TIME: 01-01-2001 1430
FACL/UDC/CHAIRPERSON.: FAI/B/ROTH/PECOR
REPORT REMARKS.......: MISSED REPORTING TO WORK - WAS ASLEEP IN THE UNIT -
                       ADMITS
    310  BEING ABSENT FROM ASSIGNMENT - FREQ: 1
         LP COMM    / 30 DAYS / CS
         COMP:      LAW:    THRU 1-31-01
         LP VISIT   / 30 DAYS / CS
         COMP:      LAW:    THRU 1-31-01
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 780132 - SANCTIONED   INCIDENT DATE/TIME: 05-11-2000 0838
UDC HEARING DATE/TIME: 05-16-2000 1245
FACL/UDC/CHAIRPERSON.: FAI/DL/RAY
REPORT REMARKS.......: INMATE ADMITTED TO HAVING NUMEROUS FOOD ITEMS
    305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         EXTRA DUTY / 30 HOURS / CC
         COMP:      LAW:    TO BE COMPLETED BY 05-30-2000
         LP COMM    / 30 DAYS / CC
         COMP:      LAW:    LOSS OF COMMISSARY FOR 30 DAYS
         LP PHONE   / 30 DAYS / CC
         COMP:      LAW:    LOSS OF PHONE PRIVELEGES FOR 30 DAYS
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 748853 - SANCTIONED   INCIDENT DATE/TIME: 01-21-2000 2125
UDC HEARING DATE/TIME: 01-25-2000 0902
FACL/UDC/CHAIRPERSON.: LEW/H/O UNIT/G. ULSH
REPORT REMARKS.......: FOUND GUILTY OF CODE 399 / FOUND NOT GUILTY OF CODE 312
    399  DISRUPTIVE CONDUCT-MODERATE - FREQ: 1
         CHG QTRS   / CS
         COMP:      LAW:    OBJECT LESSON TO DETER FUTURE MISCONDUCT
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 716032 - SANCTIONED   INCIDENT DATE/TIME: 09-21-1999 1152
DHO HEARING DATE/TIME: 10-04-1999 1300
FACL/CHAIRPERSON.....: RBK/RYAN D
REPORT REMARKS.......: INMATE ADMITTED TO THE CHARGE
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DIS GCT    / 13 DAYS / CS
         COMP:020 LAW:V
         DS         / 20 DAYS / CS
         COMP:      LAW:




G0002         MORE PAGES TO FOLLOW . . .
```

EXHIBIT A
Oladokun v. Winn: 04-40198-RWZ
Notice of Completion of Proceedings Upon Remand

```
NERH4              *     INMATE DISCIPLINE DATA          *    09-13-2006
PAGE 007           *   CHRONOLOGICAL DISCIPLINARY RECORD *    10:38:36

REGISTER NO: 21480-037 NAME..: OLADOKUN, OLADAYO ADELEKE
FUNCTION...: PRT       FORMAT: SPECIAL    LIMIT TO ___ MOS PRIOR TO 09-13-2006
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 676549 - SANCTIONED  INCIDENT DATE/TIME: 04-26-1999 1135
DHO HEARING DATE/TIME: 05-14-1999 0945
FACL/CHAIRPERSON.....: RBK/RYAN D
APPEAL CASE NUMBER(S): 188675
REPORT REMARKS.......: INMATE WAS INVOLVED IN A FIGHT DURING MAINLINE
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:020 LAW:V
        DS         / 15 DAYS / CS
        COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 631260 - SANCTIONED  INCIDENT DATE/TIME: 11-01-1998 0900
DHO HEARING DATE/TIME: 11-13-1998 1040
FACL/CHAIRPERSON.....: RBK/RYAN D
REPORT REMARKS.......: INMATE DID NOT MOP IN FOOD SERVICE WHEN ORDERED
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        DS         / 15 DAYS / CS
        COMP:    LAW:
        LOSE JOB   / CS
        COMP:    LAW:   LOSS OF JOB IN FOOD SERVICE
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 631257 - SANCTIONED  INCIDENT DATE/TIME: 11-01-1998 0910
UDC HEARING DATE/TIME: 11-03-1998 1310
FACL/UDC/CHAIRPERSON.: RBK/DEL/SCOTT
REPORT REMARKS.......: INMATE FOUND GUILTY AS CHARGED
   326  POSSESSING GAMBL PARAPHERNALIA - FREQ: 1
        LOSE PRIV  / 60 DAYS / CS
        COMP:    LAW:   INMATE TO LOSE COMMISSARY FOR 60 DAYS
        LOSE PRIV  / 60 DAYS / CS
        COMP:    LAW:   INMATE TO LOSE PHONE FOR 60 DAYS
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 625883 - SANCTIONED  INCIDENT DATE/TIME: 10-11-1998 1515
UDC HEARING DATE/TIME: 10-13-1998 0933
FACL/UDC/CHAIRPERSON.: RBK/DEL/SCOTT
REPORT REMARKS.......: INMATE FOUND GUILTY
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
        LOSE PRIV  / 30 DAYS / CS
        COMP:    LAW:   LOSS OF PHONE 11-11-98 TO 12-11-98
        LOSE PRIV  / 30 DAYS / CS
        COMP:    LAW:   LOSS OF COMMISSARY 11-11-98TO 12-11-98




G0002        MORE PAGES TO FOLLOW . . .
```

EXHIBIT A
Oladokun v. Winn: 04-40198-RWZ
Notice of Completion of Proceedings Upon Remand

```
NERH4                *      INMATE DISCIPLINE DATA           *      09-13-2006
PAGE 008             *   CHRONOLOGICAL DISCIPLINARY RECORD   *      10:38:36

REGISTER NO: 21480-037 NAME..: OLADOKUN, OLADAYO ADELEKE
FUNCTION...: PRT        FORMAT: SPECIAL    LIMIT TO ___ MOS PRIOR TO 09-13-2006
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 625885 - SANCTIONED   INCIDENT DATE/TIME: 10-11-1998 1500
UDC HEARING DATE/TIME: 10-13-1998 0930
FACL/UDC/CHAIRPERSON.: RBK/DEL/SCOTT
REPORT REMARKS.......: INMATE FOUND GUILTY
    316   BEING IN UNAUTHORIZED AREA - FREQ: 1
          LOSE PRIV  / 30 DAYS / CC
          COMP:    LAW:   LOSS OF PHONE 10-13-98 TO 11-11-98
          LOSE PRIV  / 30 DAYS / CC
          COMP:    LAW:   LOSS OF COMMISSARY 10-13-98 TO 11-11-98
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 585691 - SANCTIONED   INCIDENT DATE/TIME: 05-13-1998 1000
DHO HEARING DATE/TIME: 06-29-1998 0915
FACL/CHAIRPERSON.....: RBK/RYAN D
REPORT REMARKS.......: INMATE FAILED TO MAKE HIS BED IN ALLENWOOD'S SHU
    307   REFUSING TO OBEY AN ORDER - FREQ: 1
          LOSE PRIV  / 45 DAYS / CS
          COMP:    LAW:    COMMISSARY RESTRICTION
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 565315 - SANCTIONED   INCIDENT DATE/TIME: 02-26-1998 1245
DHO HEARING DATE/TIME: 03-17-1998 1005
FACL/CHAIRPERSON.....: ALF/ZIMANY R
APPEAL CASE NUMBER(S): 158628
REPORT REMARKS.......: INMATE ADMITTED FIGHTING.
                       FTD/HO
    201   FIGHTING WITH ANOTHER PERSON - FREQ: 1
          DIS GCT    / 27 DAYS / CS
          COMP:020 LAW:V    MANDITORY DISALLOWANCE
          DS         / 15 DAYS / CS / SUSPENDED 90 DAYS
          COMP:    LAW:    SUSPENDED PENDING CLEAR CONDUCT
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 555368 - SANCTIONED   INCIDENT DATE/TIME: 01-19-1998 1015
UDC HEARING DATE/TIME: 01-22-1998 1430
FACL/UDC/CHAIRPERSON.: FTD/UNIT 4/WEBBER
REPORT REMARKS.......: FOUND GUILTY OF CODE 307 BASED ON IR AND STAFF'S STATE-
                       MENT.  CODE 311 IS EXPUNGED.
    307   REFUSING TO OBEY AN ORDER - FREQ: 1
          LOSE PRIV  / 60 DAYS / CS
          COMP:    LAW:    60 DAYS VISITING AND COMMISSARY RESTRICTION.
                           RESTRICTION BEGINS 1/26/98 AND RESUME 3/27/98.




G0002         MORE PAGES TO FOLLOW . . .
```

EXHIBIT A
Oladokun v. Winn: 04-40198-RWZ
Notice of Completion of Proceedings Upon Remand

```
NERH4               *    INMATE DISCIPLINE DATA           *    09-13-2006
PAGE 009            *    CHRONOLOGICAL DISCIPLINARY RECORD *    10:38:36

REGISTER NO: 21480-037 NAME..: OLADOKUN, OLADAYO ADELEKE
FUNCTION...: PRT   FORMAT: SPECIAL   LIMIT TO ___ MOS PRIOR TO 09-13-2006
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 542163 - SANCTIONED  INCIDENT DATE/TIME: 11-25-1997 0035
DHO HEARING DATE/TIME: 12-08-1997 0830
FACL/CHAIRPERSON.....: FTD/MORTON,S.
APPEAL CASE NUMBER(S): 151101
REPORT REMARKS.......: INMATE DENIED CHARGE; COMMITTED ACT.
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         DIS GCT    / 13 DAYS / CS
         COMP:020 LAW:V   SANCTION TO DEMONSTRATE SERIOUSNESS OF OFFENSE.
         DS         / 15 DAYS / CS
         COMP:    LAW:     SANCTION TO DEMONSTRATE SERIOUSNESS OF OFFENSE.
****************** INCIDENT REPORT 534617 IS FOR RESTRICTED USE ONLY **********
REPORT NUMBER/STATUS.: 534617 - EXPUNGED    INCIDENT DATE/TIME: 10-26-1997 1130
DHO HEARING DATE/TIME: 12-03-1997 1037   (ABSENTIA)
FACL/CHAIRPERSON.....: FTD/MORTON,S.
REPORT REMARKS.......: TIME DELAYS NOT JUSTIFIED; REPORTS EXPUNGED AS PER
                       EXECUTIVE STAFF
    CHARGES: 310  BEING ABSENT FROM ASSIGNMENT
************************** END OF RESTRICTED ENTRY ****************************
****************** INCIDENT REPORT 537143 IS FOR RESTRICTED USE ONLY **********
REPORT NUMBER/STATUS.: 537143 - EXPUNGED    INCIDENT DATE/TIME: 11-04-1997 1200
UDC HEARING DATE/TIME: 12-03-1997 1036   (ABSENTIA)
FACL/UDC/CHAIRPERSON.: FTD/UNIT 4/MORTON,S.
REPORT REMARKS.......: TIME DELAYS NOT JUSTIFIED; REPORTS EXPUNGED AS PER
                       EXECUTIVE STAFF
    CHARGES: 306  REFUSING WORK/PGM ASSIGNMENT
             310  BEING ABSENT FROM ASSIGNMENT
************************** END OF RESTRICTED ENTRY ****************************
****************** INCIDENT REPORT 534808 IS FOR RESTRICTED USE ONLY **********
REPORT NUMBER/STATUS.: 534808 - EXPUNGED    INCIDENT DATE/TIME: 10-27-1997 0915
DHO HEARING DATE/TIME: 12-03-1997 1035   (ABSENTIA)
FACL/CHAIRPERSON.....: FTD/MORTON,S.
REPORT REMARKS.......: TIME DELAYS NOT JUSTIFIED; REPORTS EXPUNGED AS PER
                       EXECUTIVE STAFF
    CHARGES: 310  BEING ABSENT FROM ASSIGNMENT
************************** END OF RESTRICTED ENTRY ****************************
****************** INCIDENT REPORT 541958 IS FOR RESTRICTED USE ONLY **********
REPORT NUMBER/STATUS.: 541958 - EXPUNGED    INCIDENT DATE/TIME: 11-23-1997 0830
DHO HEARING DATE/TIME: 12-03-1997 0800   (ABSENTIA)
FACL/CHAIRPERSON.....: FTD/MORTON,S.
REPORT REMARKS.......: INMATE CAN NOT BE ORDERED TO APPEAR BEFORE THE UDC.
    CHARGES: 307  REFUSING TO OBEY AN ORDER
************************** END OF RESTRICTED ENTRY ****************************




G0002        MORE PAGES TO FOLLOW . . .
```

EXHIBIT A
Oladokun v. Winn: 04-40198-RWZ
Notice of Completion of Proceedings Upon Remand

```
NERH4                *         INMATE DISCIPLINE DATA          *     09-13-2006
PAGE 010 OF 010 *       CHRONOLOGICAL DISCIPLINARY RECORD       *     10:38:36

REGISTER NO: 21480-037 NAME..: OLADOKUN, OLADAYO ADELEKE
FUNCTION...: PRT        FORMAT: SPECIAL    LIMIT TO ___ MOS PRIOR TO 09-13-2006

REPORT NUMBER/STATUS.: 533331 - SANCTIONED   INCIDENT DATE/TIME: 10-21-1997 1845
UDC HEARING DATE/TIME: 10-22-1997 1524
FACL/UDC/CHAIRPERSON.: FTD/UNIT 4/THOMPSON
APPEAL CASE NUMBER(S): 145995
REPORT REMARKS.......: 50 DAY LOSS OF COMM.&I.T.S.,/SS/I.T.S. FOR 90 DAY CLEAR
                       CONDUCT AND 40 HRS EXTRA DUTY BY 11-12-97.
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LOSE PRIV  / 50 DAYS / CS
         COMP:    LAW:    LOSS OF COMMISSARY FROM 10-23-97 AND ENDING ON
                          12-11-97. AND 40 HOURS OF EXTRA DUTY.
    310  BEING ABSENT FROM ASSIGNMENT - FREQ: 1
         LOSE PRIV  / 50 DAYS / CS / SUSPENDED 90 DAYS
         COMP:    LAW:    LOSS OF I.T.S. SUSPENDED PENDING 90 DAYS CLEAR
                          CONDUCT.
***************** INCIDENT REPORT 524751 IS FOR RESTRICTED USE ONLY **********
REPORT NUMBER/STATUS.: 524751 - EXPUNGED    INCIDENT DATE/TIME: 09-16-1997 1805
UDC HEARING DATE/TIME: 09-22-1997 1300
FACL/UDC/CHAIRPERSON.: FTD/UNIT 4/GAGLIARDI
REPORT REMARKS.......: SHOT WAS NOT HEARD WITHIN THREE WORKING DAYS, DUE TO
                       STAFF ERROR.
    CHARGES: 310   BEING ABSENT FROM ASSIGNMENT
************************ END OF RESTRICTED ENTRY **************************




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```