EXHIBIT B
Oladokun v. Winn: 04-40198-RWZ
Notice of Completion of Proceedings Upon Remand

```
   DEVEN   542*22  *         SENTENCE MONITORING           *     09-13-2006
   PAGE 001 OF 001 *            GOOD TIME DATA             *     11:15:33
                               AS OF  09-13-2006

REGNO...: 21480-037    NAME: OLADOKUN, OLADAYO ADELEKE
ARS 1...: CDC A-HC SENT                                     VCCLEA NON-VIO
COMPUTATION NUMBER..: 020                 FUNC..: PRT    ACT DT:
LAST UPDATED:  DATE.: 09-13-2006          FACL..: CDC    CALC: AUTOMATIC
UNIT................:                     QUARTERS...........:
DATE COMP BEGINS....: 07-07-1997          COMP STATUS........: COMPLETE
TOTAL JAIL CREDIT...: 92                  TOTAL INOP TIME....: 0
CURRENT REL DT......: 11-05-2006 SUN      EXPIRES FULL TERM DT: 09-05-2007
PROJ SATISFACT DT...: 10-09-2006 MON      PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                     ACTUAL SATISF METHOD:
DAYS REMAINING......:                     FINAL PUBLC LAW DAYS:

--------------------------GOOD CONDUCT TIME AMOUNTS--------------------------

   START       STOP      MAX POSSIBLE TO    ACTUAL TOTALS    VESTED    VESTED
   DATE        DATE      DIS      FFT       DIS      FFT     AMOUNT    DATE
  04-06-1997  04-05-1998  54      14         40
  04-06-1998  04-05-1999  54      68                            68    02-23-2000
  04-06-1999  04-05-2000  54       0         40                 14    04-20-2000
  04-06-2000  04-05-2001  54       0         27                 27    04-20-2001
  04-06-2001  04-05-2002  54       0         41                 13    04-20-2002
  04-06-2002  04-05-2003  54       0         27                 27    04-20-2003
  04-06-2003  04-05-2004  54       0                            54    04-20-2004
  04-06-2004  04-05-2005  54       0          7                 47    04-20-2005
  04-06-2005  04-05-2006  54       0                            54    04-20-2006
  04-06-2006  10-09-2006  27

     TOTAL EARNED AMOUNT...........................................:  304
     TOTAL EARNED AND PROJECTED AMOUNT.............................:  331




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```