## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>OLADAYO OLADOKUN</u>
           **Plaintiff**

       **V.**

<u>DAVID L. WINN</u>
           **Defendant**

**CIVIL ACTION**

**NO.  <u>04CV40198-RWZ</u>**

## <u>JUDGMENT</u>

<u>ZOBEL, D. J.</u>

In accordance with the Judge's endorsement on 10/12/06;

JUDGMENT is entered Dismissing grounds 2,3,4 and 5 of the petition and JUDGMENT is entered on ground 1 for Petitioner.

                                                     By the Court,

<u>  10/12/06  </u>                               <u>s/ Lisa A. Urso</u>
**Date**                                        **Deputy Clerk**